Honorable Stanley A. Bastian

Bruce K. Medeiros
DAVIDSON BACKMAN MEDEIROS PLLC
601 West Riverside Avenue, Suite 1550
Spokane, Washington  99201
Telephone:  (509) 624-4600
Facsimile:  bmedeiros@dbm-law.net

Michael R. Johnson (Admitted *Pro Hac Vice*)
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
Salt Lake City, Utah 84111
Telephone:  (801) 532-1500
Email:  mjohnson@rqn.com

*Attorneys for Rabo AgriFinance LLC*

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF WASHINGTON, RICHLAND DIVISION

| | |
|---|---|
| RABO AGRIFINANCE LLC, a Delaware limited liability company, fka Rabo Agrifinance, Inc., <br><br> Plaintiff, <br><br> v. <br><br> KAREN EASTERDAY, as an individual, as the personal representative of the estate of Gale Easterday, deceased, and the marital community of Karen Easterday and Gale Easterday; CODY EASTERDAY and DEBBY EASTERDAY, individually and the marital community thereof; and JODY EASTERDAY, individually and the marital community of Jody Easterday and Andrew H. Wills, <br><br> Defendants. | **Civil Case No.  21-CV-05066** <br><br> JOINT MOTION TO STAY PROCEEDING |

Joint Motion to Stay Proceeding

DAVIDSON BACKMAN MEDEIROS
ATTORNEYS AT LAW
A PROFESSIONAL LIMITED LIABILITY COMPANY
1550 BANK OF AMERICA FINANCIAL CENTER
601 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201
FACSIMILE: (509) 623-1660
(509) 624-4600

Plaintiff Rabo AgriFinance LLC ("Rabo") and remaining Defendants Karen Easterday, Cody Easterday, Debby Easterday and Jody Easterday (collectively, "Defendants"), through their respective undersigned counsel, hereby jointly move the court for an order staying these proceedings, including any deadline to answer or otherwise respond to the Amended Complaint on file herein, until the earlier of (i) December 31, 2021, or (ii) the Effective Date (as defined in the Plan) of the Chapter 11 Plan confirmed in the Bankruptcy Proceeding (defined below), as provided in the attached Stipulation Regarding Withdrawal of Adversary Proceeding Without Prejudice and Resolving Motion for TRO ("Stipulation") filed on August 20, 2021, ECF No. 25, in the Adversary Proceeding Case No. 21-80044 entitled Easterday Ranches, Inc. and Easterday Farms v. Rabo AgriFinance LLC ("Adversary Proceeding"), which Adversary Proceeding arises out of the Jointly Administered Lead Case No. 21-00141 entitled In re: Easterday Ranches, Inc. and Easterday Farms ("Bankruptcy Proceeding").

The Order Approving the Stipulation was entered in the Adversary Proceeding on August 24, 2021, ECF No. 27.

On September 30, 2021 the parties in the Adversary Proceeding filed a Stipulation of Dismissal Pursuant to FRCP 41(a)(1)(A)(ii), ECF No. 30. The

DAVIDSON BACKMAN MEDEIROS
ATTORNEYS AT LAW
A PROFESSIONAL LIMITED LIABILITY COMPANY

1550 BANK OF AMERICA FINANCIAL CENTER
601 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201
FACSIMILE: (509) 623-1660
(509) 624-4600

Order Dismissing Adversary Proceeding Without Prejudice, ECF No. 32, was entered on September 9, 2021.

Also pursuant to the terms in the Stipulation, on September 3, 2021 counsel for Rabo sent to the Franklin County Auditor for recording a Partial Release of Mortgage and a Satisfaction of Mortgage as provided in the Stipulation.

The Partial Release of Mortgage relates solely to Parcel B as identified in Exhibit A of the 2009 Mortgage and defined in the Complaint for Judicial Foreclosure of Mortgages, and for Money Judgment based on RCW 25.05.125 ("Complaint") filed April 21, 2021. ECF No. 1.

The Satisfaction of Mortgage relates to the 2018 Mortgage as defined in the Complaint.

Pursuant to the Stipulation, Rabo was to prepare and file an amended complaint which removed the 2018 Mortgage and Parcel B of the 2009 Mortgage from Rabo's claims, and further removed 3E Properties as a party defendant. As contemplated by the Stipulation, Rabo filed its Amended Complaint for Judicial Foreclosure of Mortgages, and for Money Judgment based on RCW 25.05.125 ("Amended Complaint") on September 3, 2021, ECF No. 30.

The purpose of this Joint Motion is to now request an order staying this

Joint Motion to Stay Proceeding - 2

DAVIDSON BACKMAN MEDEIROS
ATTORNEYS AT LAW
A PROFESSIONAL LIMITED LIABILITY COMPANY

1550 BANK OF AMERICA FINANCIAL CENTER
601 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201
FACSIMILE: (509) 623-1660
(509) 624-4600

action until the earlier of (i) December 31, 2021 or (ii) the Effective Date of a Chapter 11 Plan confirmed in the Bankruptcy Proceeding, as defined in said plan, in accordance with the Stipulation and agreement of the parties to this action as set forth herein. Assuming the court is willing to grant the relief requested in this Joint Motion, the parties represent that promptly upon the termination of said stay, they will promptly alert the Court of that fact and request that this case be placed back upon the active calendar.

Based on the foregoing, the parties believe good cause exists to grant the requested relief staying this action as requested herein.

DATED this 10th day of September 2021.

DAVIDSON BACKMAN MEDEIROS PLLC

 /s/ Bruce K. Medeiros
Bruce K. Medeiros, WSBA No. 16380
601 West Riverside Avenue, Suite 1550
Spokane, Washington  99201
Telephone:  (509) 624-4600
Email:  bmedeiros@dbm-law.net
*Attorneys for Rabo AgriFinance LLC*

Joint Motion to Stay Proceeding - 3

DAVIDSON BACKMAN MEDEIROS
ATTORNEYS AT LAW
A PROFESSIONAL LIMITED LIABILITY COMPANY

1550 BANK OF AMERICA FINANCIAL CENTER
601 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201
FACSIMILE: (509) 623-1660
(509) 624-4600

RAY QUINNEY & NEBEKER P.C.

 /s/ Michael R. Johnson
Michael R. Johnson (Admitted *Pro Hac Vice*)
36 South State Street, Suite 1400
Salt Lake City, Utah 84111
Telephone: (801) 532-1500
Email: mjohnson@rqn.com
*Attorneys for Rabo AgriFinance LLC*

JORDAN RAMIS PC

 *Electronically approved September 9, 2021*
Russell D. Garrett, WSBA No. 18657
Daniel L. Steinberg, WSBA No. 30080
1499 SE Tech Center Place, Suite 380
Vancouver, Washington 98683
Telephone: (360) 567-3900
Emails: russell.garrett@jordanramis.com
         daniel.steinberg@jordanramis.com
*Attorneys for Jody Easterday*

GATENS GREEN WEIDENBACH PLLC

 *Electronically approved September 8, 2021*
Michelle A. Green, WBA No. 40077
305 Aplets Way / P.O. Box 523
Cashmere, Washington 98815-0523
Telephone: (509) 888-2144
Email: michelle@ggw-law.com
*Attorneys for Jody Easterday*

Joint Motion to Stay Proceeding - 4

DAVIDSON BACKMAN MEDEIROS
ATTORNEYS AT LAW
A PROFESSIONAL LIMITED LIABILITY COMPANY

1550 BANK OF AMERICA FINANCIAL CENTER
601 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201
FACSIMILE: (509) 623-1660
(509) 624-4600

SUSSMAN SHANK LLP

<u>*Electronically approved September 9, 2021*</u>
Jeffrey C. Misley, WSBA No. 33397
Laurie R. Hager, WSBA No. 38643
Thomas W. Stilley, WSBA No. 21718
1000 SW Broadway, Suite 1400
Portland, Oregon 97205
Telephone:  (503) 227-1111
Emails:  jmisley@sussmanshank.com
              lhager@sussmanshank.com
              tstilley@sussmanshank.com
*Attorneys for Cody and Debby Easterday*

TONKON TORP LLP

<u>*Electronically approved September 9, 2021*</u>
Timothy J. Conway, WSBA No. 52204
888 SW Fifth Avenue, Suite 1600
Portland, Oregon  97204
Telephone:  (503) 802-2027
Email:  tim.conway@tonkon.com
*Attorneys for Karen L. Easterday*

Joint Motion to Stay Proceeding - 5

DAVIDSON  BACKMAN  MEDEIROS
ATTORNEYS AT LAW
A PROFESSIONAL LIMITED LIABILITY COMPANY

1550 BANK OF AMERICA FINANCIAL CENTER
601 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201
FACSIMILE: (509) 623-1660
(509) 624-4600

|   |   |
|---|---|
| ARMAND J. KORNFELD (WSBA #17214)<br>THOMAS A. BUFORD (WSBA #52969)<br>RICHARD B. KEETON (WSBA #51537)<br>BUSH KORNFELD LLP<br>601 Union Street, Suite 5000<br>Seattle, WA 98101<br>Tel.: (206) 292-2110<br>Facsimile: (206) 292-2104<br>Emails: jkornfeld@bskd.com,<br>tbuford@bskd.com, and rkeeton@bskd.com | HON. WHITMAN L. HOLT |

RICHARD M. PACHULSKI (CA Bar #90073)*
JEFFREY W. DULBERG (CA Bar #181200)*
JASON H. ROSELL (CA Bar #269126)*
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067-4003
Tel: (310) 277-6910
Facsimile: (310) 201-0760
Emails: rpachulski@pszjlaw.com,
jdulberg@pszjlaw.com, and
jrosell@pszjlaw.com

*Admitted *Pro Hac Vice*

*Proposed Attorneys for the Plaintiffs and
Chapter 11Debtors and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re<br><br>EASTERDAY RANCHES, INC., *et al.*<br><br>Debtors.[1] | Chapter 11<br><br>Lead Case No. 21-00141-11<br>Jointly Administered |
| EASTERDAY RANCHES, INC.,<br><br>              Plaintiff,<br>      vs.<br><br>RABO AGRIFINANCE, LLC,<br><br>              Defendant. | Adv. Proc. No. 21-80044-11<br><br>**STIPULATION AMONG DEBTORS AND RABO AGRIFINANACE LLC REGARDING WITHDRAWAL OF ADVERSARY PROCEEDING WITHOUT PREJUDICE** |

---

[1] The Debtors along with their case numbers are as follows: Easterday Ranches, Inc., (21-00141) and Easterday Farms, a Washington general partnership (21-00176).

DOCS_NY:43888.3 20375/003

| STIPULATION AMONG DEBTORS AND RABO AGRIFINANACE LLC REGARDING WITHDRAWAL OF ADVERSARY PROCEEDING WITHOUT PREJUDICE – Page 1 | PACHULSKI STANG ZIEHL & JONES LLP<br>10100 Santa Monica Blvd., 13th Flr.<br>Los Angeles, CA 90067-4003<br>Telephone (310) 277-6910<br>Facsimile (310) 201-0760 | BUSH KORNFELD LLP<br>LAW OFFICES<br>601 Union St., Suite 5000<br>Seattle, Washington 98101-2373<br>Telephone (206) 292-2110<br>Facsimile (206) 292-2104 |

eh20hc01mr

21-80044-WLH    Doc 25    Filed 08/20/21    Entered 08/20/21 14:05:55    Pg 1 of 6

**WHEREAS**, on February 1, 2021, Easterday Ranches, Inc. ("Ranches") filed a voluntary petition for relief under chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") before the United States Bankruptcy Court for the Eastern District of Washington, Yakima Division (the "Bankruptcy Court").

**WHEREAS**, on February 8, 2021, Easterday Farms, a Washington general partnership ("Farms" and together with Ranches, the "Debtors") filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.

**WHEREAS**, Farms, Ranches, Cody Easterday ("CE"), Karen Easterday ("KE") (in her individual capacity and as the representative of Gale Easterday,[2]), and Debby Easterday ("DE" and together with CE and KE, the "Easterday Partners"), entered into that certain *Stipulation By and Between Debtors and Non-Debtor Sellers Regarding Cooperation with Respect to the Sale of Debtor and Non-Debtor Assets* (the "Cooperation Agreement").

**WHEREAS**, on April 28, 2021, the Bankruptcy Court entered an order approving the Debtors' entry into the Cooperation Agreement [Docket No. 655].

**WHEREAS**, pursuant to the terms of the Cooperation Agreement, among other things, the Easterday Partners are required to cooperate with the Debtors in connection with the sale of certain real property, and the Debtors are required to enter into a

---

[2] Gale Easterday passed away on December 10, 2020.

DOCS_NY:43888.3 20375/003

STIPULATION AMONG DEBTORS AND RABO AGRIFINANACE LLC REGARDING WITHDRAWAL OF ADVERSARY PROCEEDING WITHOUT PREJUDICE – Page 2

PACHULSKI STANG
ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Flr.
Los Angeles, CA 90067-4003
Telephone (310) 277-6910
Facsimile (310) 201-0760

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

stipulation or otherwise obtain an injunction with respect to any party taking action to enforce rights or remedies against property or assets of the Easterday Partners. Moreover, pursuant to the Cooperation Agreement, the Debtors and Easterday Partners are required to negotiate in good faith an allocation protocol in connection with the proceeds from the sale of real property

**WHEREAS**, Rabo AgriFinance, LLC ("Rabo") asserts interests in the property or assets of the Easterday Partners.

**WHEREAS**, Rabo filed that certain Complaint for Judicial Foreclosure of Mortgages, and for Money Judgment Based on RCW 25.05.125 (the "Rabo 3E Complaint") in a proceeding captioned *Rabo Agrifinance LLC, Plaintiff v. 3E Properties et. al. Defendants*, Case No. 21-cv- 05066, pending in the District Court for the Eastern District of Washington, Richland (the "Rabo 3E Proceeding").

**WHEREAS**, the Rabo Complaint contains a "First Cause of Action" against Karen Easterday,[3] Cody Easterday and Debby Easterday (together the "Easterday Individuals"), and a "Second Cause of Action" against the Easterday Individuals, Jody Easterday and 3E Properties.

---

[3] Karen Easterday is named individually and in her capacity as representative of the estate of Gale Easterday.

DOCS_NY:43888.3 20375/003

STIPULATION AMONG DEBTORS AND RABO AGRIFINANACE LLC REGARDING WITHDRAWAL OF ADVERSARY PROCEEDING WITHOUT PREJUDICE – Page 3

PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Flr.
Los Angeles, CA 90067-4003
Telephone (310) 277-6910
Facsimile (310) 201-0760

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

**WHEREAS**, on June 28, 2021, Debtors filed a complaint initiating this adversary proceeding (the "Rabo Adversary") against Rabo seeking, among other things, to enjoin any proceedings by Rabo, including in connection with the Rabo 3E Proceeding, to enforce or collect any obligations against the Easterday Partners.

**WHEREAS**, contemporaneously with the filing of the Complaint, the Debtors filed their *Motion for a Temporary Restraining Order and Preliminary Injunction* [Docket No. 2] (the "TRO Motion"), together with a *Memorandum of Law* [Docket No. 3] and *Declaration of T. Scott Avila* [Docket No. 4] in support of the TRO Motion.

**WHEREAS**, in consideration for Rabo agreeing to stay the proceedings in the Rabo 3E Complaint on the terms described below and entering into this Stipulation, the Debtors are willing to dismiss the Rabo Adversary without prejudice and to withdraw the TRO Motion.

**Based on the foregoing recitals, the Parties hereby stipulate and agree as follows:**

1. Stay of Proceedings. Rabo agrees that it will stay the Rabo 3E Proceeding, including staying any deadline of any defendant pursuant to the Rabo 3E Complaint to answer or otherwise respond to the Rabo 3E Complaint until the earlier of (i) December 31, 2021, or the (ii) Effective Date (as defined in the Plan) of a plan of liquidation confirmed in the Debtors' cases (the "Plan").

DOCS_NY:43888.3 20375/003
STIPULATION AMONG DEBTORS AND RABO AGRIFINANACE LLC REGARDING WITHDRAWAL OF ADVERSARY PROCEEDING WITHOUT PREJUDICE – Page 4

PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Flr.
Los Angeles, CA 90067-4003
Telephone (310) 277-6910
Facsimile (310) 201-0760

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

eh20hc01mr

21-80044-WLH    Doc 25    Filed 08/20/21    Entered 08/20/21 14:05:55    Pg 4 of 6

2.  <u>Amendment to Rabo 3E Complaint and Release of Certain Liens</u>. Within 10 days after entry of an order approving this Stipulation, Rabo agrees that it will amend the Rabo 3E Complaint to eliminate the causes of action as they relate to the foreclosure of the 2018 Mortgage and Parcel B of the 2009 Mortgage (each as defined in the Rabo 3E Complaint). Within a reasonable time following entry of an order approving this Stipulation, Rabo shall file a release of the 2018 Mortgage and a partial release of the 2009 Mortgage as to Parcel B only.

3.  <u>Withdrawal of Rabo Adversary Proceeding</u>. Promptly following entry of an order approving this Stipulation, the Debtors shall dismiss the Rabo Adversary and withdraw the TRO Motion, both without prejudice.

4.  <u>Binding Effect</u>. This Stipulation shall be binding upon the Parties hereto, their successors, assigns, affiliates, officers, directors, shareholders, partners, investors, members, employees, agents, and professionals, including any chapter 7 trustee appointed in the Debtors' cases.

5.  <u>Jurisdiction</u>. The Bankruptcy Court shall retain sole and exclusive jurisdiction to hear and determine all matters arising from or relating to the interpretation and/or enforcement of this Consent, provided, however, that the District Court shall have jurisdiction over any motion filed pursuant to 28 U.S.C. § 157.

DOCS_NY:43888.3 20375/003

STIPULATION AMONG DEBTORS AND RABO AGRIFINANACE LLC REGARDING WITHDRAWAL OF ADVERSARY PROCEEDING WITHOUT PREJUDICE – Page 5

PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Flr.
Los Angeles, CA 90067-4003
Telephone (310) 277-6910
Facsimile (310) 201-0760

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

eh20hc01mr

21-80044-WLH    Doc 25    Filed 08/20/21    Entered 08/20/21 14:05:55    Pg 5 of 6

1

2 **IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD**

3

4

5 /s/ THOMAS A. BUFORD
THOMAS A. BUFORD (WSBA #52969)
BUSH KORNFELD LLP

6

7 RICHARD M. PACHULSKI (admitted *pro hac vice*)
JEFFREY W. DULBERG (admitted *pro hac vice*)
JASON H. ROSELL (admitted *pro hac vice*)

8 PACHULSKI STANG ZIEHL & JONES LLP

9 *Attorneys for Plaintiffs and Debtors and Debtors in Possession*

10 Stipulated by:

11
 /s/ MICHAEL R. JOHNSON
12 DAVID H. LEIGH (WSBA #40031)
MICHAEL R. JOHNSON (admitted *pro hac vice*)
13 RAY QUINNEY & NEBEKER P.C.

14 *Attorneys for Defendant Rabo Agrifinance LLC*

15

16

17

18

19

20

21

22

23

24

25

26

27 DOCS_NY:43888.3 20375/003
STIPULATION AMONG DEBTORS
AND RABO AGRIFINANACE LLC
28 REGARDING WITHDRAWAL OF
ADVERSARY PROCEEDING
WITHOUT PREJUDICE — Page 6

PACHULSKI STANG
ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Flr.
Los Angeles, CA 90067-4003
Telephone (310) 277-6910
Facsimile (310) 201-0760

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

eh20hc01mr