FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 15, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RABO AGRIFINANCE LLC, a Delaware limited liability company, fka Rabo Agrifinance, Inc.,<br><br>    Plaintiff,<br><br>v.<br><br>KAREN EASTERDAY, both individually and as personal representative of the Estate of Gale Easterday, deceased; CODY EASTERDAY, an individual and the spouse of Debby Easterday; DEBBY EASTERDAY, an individual and the spouse of Codey Easterday; and JODY EASTERDAY, individual,<br><br>    Defendants. | NO. 4:21-CV-05066-SAB<br><br>**ORDER GRANTING JOINT MOTION TO STAY PROCEEDING** |

Before the Court is the parties' Joint Motion to Stay Proceedings, ECF No. 33. The motion was heard without oral argument. The parties ask the Court to stay the above-captioned proceedings, including any deadline to answer or otherwise respond to the Amended Complaint under the earlier of (i) December 31, 2021, or (ii) the Effective Date (as defined in the Plan) of the Chapter 11 Plan confirmed in

**ORDER GRANTING JOINT MOTION TO STAY PROCEEDING** ~ 1

the collateral Bankruptcy Proceeding.

Accordingly, **IT IS ORDERED:**

1. The parties' Joint Motion to Stay Proceedings, ECF No. 33 is **GRANTED**.

2. This proceeding is stayed until the earlier of (i) December 31, 2021 or (ii) the Effective Date of a Chapter 11 Plan confirmed in the Jointly Administered Lead Case No. 21-00141 entitled In re: Easterday Ranches, Inc. and Easterday Farms, as defined in said plan, and agreement of the parties to this action as set forth in the Motion; and

3. The parties will promptly upon the termination of this Stay, alert the Court of that fact and this case may be placed back upon the active calendar. Defendants shall have 10 (ten) days to file a responsive pleading once the case is placed back on the active calendar.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order and to provide copies to counsel.

**DATED** this 15th day of September 2021.



Stanley A. Bastian
Chief United States District Judge

**ORDER GRANTING JOINT MOTION TO STAY PROCEEDING ~ 2**