FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 31, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RABO AGRIFINANCE LLC, a Delaware limited liability company, fka Rabo Agrifinance, Inc., <br><br>    Plaintiff, <br><br>v. <br><br>KAREN EASTERDAY, both individually and as personal representative of the Estate of Gale Easterday, deceased; CODY EASTERDAY, an individual and the spouse of Debby Easterday; DEBBY EASTERDAY, an individual and the spouse of Codey Easterday; and JODY EASTERDAY, individual, <br><br>    Defendants. | NO. 4:21-CV-05066-SAB <br><br>**ORDER LIFTING STAY** |

    On September 15, 2021, pursuant to the parties' request, the Court stayed the above-captioned proceeding until December 31, 2021. ECF No. 34. The parties were directed to alert the Court upon termination of the Stay so this case could be placed back on the Court's active calendar.

    On May 25, 2022, Plaintiff filed such a Notice and now asks that the case be

**ORDER LIFTING STAY** ~ 1

placed back on the active calendar of the Court.

Accordingly, **IT IS HEREBY ORDERED**:

1. The Stay imposed in the above-captioned case is hereby lifted.

2. Pursuant to the Court's Order, ECF No. 34, Defendant shall have 10 (ten) days from the date of this Order to file a responsive pleading to Plaintiff's Complaint.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order and to provide copies to counsel.

**DATED** this 31st day of May 2022.



    Stanley A. Bastian
Chief United States District Judge

**ORDER LIFTING STAY ~ 2**