Bruce K. Medeiros
DAVIDSON BACKMAN MEDEIROS PLLC
601 West Riverside Avenue, Suite 1550
Spokane, Washington  99201
Telephone:  (509) 624-4600
Email:  bmedeiros@dbm-law.net

Michael R. Johnson (Admitted *Pro Hac Vice*)
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
Salt Lake City, Utah 84111
Telephone:  (801) 532-1500
Email:  mjohnson@rqn.com

*Attorneys for Rabo AgriFinance LLC*

## IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF WASHINGTON, RICHLAND DIVISION

| | |
|---|---|
| RABO AGRIFINANCE LLC, a Delaware limited liability company, fka Rabo Agrifinance, Inc., | Civil Case No.  21-CV-05066 |
| Plaintiff, | |
| v. | **RABO AGRIFINANCE LLC'S STATEMENT OF MATERIAL FACTS NOT IN DISPUTE** |
| KAREN EASTERDAY, as an individual, as the personal representative of the estate of Gale Easterday, deceased, and the marital community of Karen Easterday and Gale Easterday; CODY EASTERDAY and DEBBY EASTERDAY, individually and the marital community thereof; and JODY EASTERDAY, individually and the marital community of Jody Easterday and Andrew H. Wills, | |
| Defendants. | |

Rabo AgriFinance LLC's Statement of
Material Facts Not in Dispute

JODY EASTERDAY, an individual,

              Counterclaim Plaintiff,

    v.

RABO AGRIFINANCE LLC, a Delaware limited liability company, fka Rabo Agrifinance, Inc.,

           Counterclaim Defendant.

Rabo AgriFinance LLC's Statement of Material Facts Not in Dispute

Pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Civil Rule 56, Plaintiff and Counterclaim-Defendant Rabo AgriFinance LLC, f/k/a Rabo Agrifinance, Inc. ("**Rabo**"), through counsel, hereby submits its Statement of Material Facts not in Dispute that is being filed in support of Rabo's Motion for Summary Judgment on Jody Easterday's First Counterclaim for Declaratory Relief, Rabo's First Claim for Contract and General Partner Liability against Karen Easterday, individually and as the personal representative of the estate of Gale Easterday, Cody Easterday and Debby Easterday, and Rabo's Motion for Partial Summary Judgment on part of its Judicial Foreclosure Claim.

## RABO'S STATEMENT OF MATERIAL FACTS NOT IN DISPUTE

## I.    The 2009 Credit Agreement and the 2009 Mortgage.

1.    Easterday Farms Produce, Co. ("**Easterday Produce**"), 3E Properties ("**3E**") and various other parties, including Gale Easterday (now deceased), Karen Easterday ("**Karen**"), Cody Easterday ("**Cody**"), Debby Easterday ("**Debby**") and Jody Easterday ("**Jody**") (collectively, the "**Easterday Individuals**") executed a Credit Agreement (the "**2009 Credit Agreement**") and certain other loan and security documents in favor of Rabo on or about September 4, 2009.  [Declaration of Michael Hayes ECF No. 56 at ¶4 and attached as Exhibit A thereto (hereinafter the "**Hayes Decl.**")]

Rabo AgriFinance LLC's Statement of
Material Facts Not in Dispute - 1

2.    The 2009 Credit Agreement was subsequently amended numerous times, including through a Tenth Amendment to Credit Agreement and Other Loan Documents, dated January 2, 2018.  [Hayes Decl. at ¶5]

3.    3E and the Easterday Individuals executed and delivered the "**2009 Mortgage**" to Rabo and it encumbered two parcels of property that were identified as Parcel A and Parcel B on Exhibit "A" to the 2009 Mortgage.  [Hayes Decl. at ¶¶7, 8 and attached thereto as Exhibit B]

4.    The 2009 Mortgage was duly recorded on September 18, 2009 as AFN#1740144 on the records of the Auditor of Franklin County, Washington. [Hayes Decl. at ¶9]

5.    3E is the record owner of Parcel B as described on Exhibit "A" to the 2009 Mortgage and that the Easterday Individuals are the record owners of the remaining portion of the property that is the subject of the 2009 Mortgage (specifically, Parcel A as described on Exhibit "A" to the 2009 Mortgage).  [Hayes Decl. at ¶10]

6.    By its terms, the 2009 Mortgage secures not only repayment of any amounts owed under the 2009 Credit Agreement but also:

> the payment of such additional loans or advances and such other debts, obligations and liabilities of every kind and character, of Mortgagor or the maker of the Note, evidenced by a promissory note, guaranty or otherwise, whether one or more, now existing or arising in

the future, in favor of the applicable Mortgagee . . . or any other person; PROVIDED HOWEVER THAT, such other additional loans, advances, debts, obligations and liabilities shall be secured by this Mortgage only if the promissory note, guaranty, or other document evidencing such shall recite that it is to be secured by this Mortgage . . .

*See* Hayes Decl. at ¶34 and Exhibit B at p.4

7.    By its terms, the 2009 Mortgage also secures "the payment of any substitute notes, renewals, reamortizations, conversion agreements and extensions of all indebtedness secured by this Mortgage."  [Hayes Decl. at ¶35 and Exhibit B at p.4]

8.    Each of the Defendants named herein, including Cody, were both individually and collectively a "Mortgagor" under the 2009 Mortgage and the "maker of the Note" that was executed in conjunction with the 2009 Credit Agreement.  [Hayes Decl. at ¶36]

9.    Cody also is a named borrower under, and signed, the 2009 Credit Agreement.  Thus, the 2009 Mortgage secures any obligation of Cody to Rabo even if that obligation is not owed by any of the other parties to the 2009 RLOC Credit Agreement.  [Hayes Decl. at ¶37]

## II.    The Vendor Finance Loan and Events of Default Thereunder.

10.    On March 6, 2020, Cody and Easterday Farms (a non-party) jointly and severally entered into that certain QuickLine Credit Application and Account

Agreement (the "**VF Credit Agreement**") to evidence another loan (the "**VF Loan**") from Rabo.  [Hayes Decl. at ¶38]  Gale (who is now deceased), Karen, Cody and Debby are general partners of Easterday Farms.  A true and correct copy of the VF Credit Agreement is attached as **Exhibit "E"** to the Hayes Decl.  [*See also* Hayes Decl. at ¶39]

11.    The VF Credit Agreement provides that the VF Loan "shall be secured by any existing and future security agreements, mortgages, deeds of trust or other pledges of collateral (the "Security Documents") between RAF and you, if any."  [Hayes Decl., Exhibit F at p.2 in section titled "Security Documents"]

12.    The VF Credit Agreement defines certain events that will cause a default under the VF Loan.  The enumerated events include (a) the failure to make payment on the VF Loan when due, (b) if there is a default pursuant to the terms of any other loan or loan document that a borrower has with Rabo, and (c) if a borrower files for bankruptcy relief.  [Hayes Decl. at ¶41, *see also* Hayes Decl., Exhibit F at p.2 in section titled "Default"]

13.    The VF Credit Agreement provides that prior to default, the unpaid principal owed on the VF Loan will accrue interest at the rate applicable to any Special Promotion or, for advances for which a Special Promotion does not apply, "at the non-default annual rate equal to ten percent (10.00%) in excess of the Prime

Rate (the 'Standard Rate') which rate will be adjusted as of each day of change thereof to reflect changes in the Prime Rate." [Hayes Decl., Exhibit F at p.2 in section titled "Interest Rate"

14.    The VF Credit Agreement further provides that, upon default, the unpaid principal owed on the VF Loan will accrue default interest at the rate of twenty-one percent (21%) per annum. [Hayes Decl. at ¶43, *see also* Hayes Decl., Exhibit F at p.2 in section titled "Interest Rate"]

15.    The VF Credit Agreement further provides that Rabo is entitled to collect "all costs of collections" including "reasonable attorney fees, together with interest at the default rate" if there is a default of the VF Loan. [Hayes Decl. at ¶44, *see also* Hayes Decl., Exhibit F at p.2 in section titled "Collection of Costs"]

16.    Gale Easterday was a borrower under the 2009 Credit Agreement. Cody also is a borrower under the 2009 Credit Agreement, as well as a borrower under the VF Credit Agreement. [Hayes Decl. at ¶45]

17.    Gale passed away on December 10, 2020, and this resulted in an Event of Default under the 2009 Credit Agreement (the death of a borrower is an express Event of Default under the documents related to those agreements). The Events of Default under the 2009 Credit Agreement also constituted a default under the VF Credit Agreement. [Hayes Decl. at ¶46] Additionally, the maturity

date of the VF Loan was March 10, 2021, and it was not paid and remains due and owing which created a monetary default.  [Hayes Decl. at ¶23]

18.     Further, on February 8, 2021, Easterday Farms filed a voluntary bankruptcy petition in the United States Bankruptcy Court for the Eastern District of Washington, Case No. 21-00176-WLH11.   Attached hereto as **Exhibit 1**. [Hayes Decl. at ¶47]  Easterday Farms is not being sued in this action because the automatic bankruptcy stay of 11 U.S.C. § 362(a) prevents such suit.  In any event, the bankruptcy filing by Easterday Farms was a separate and independent default under the VF Credit Agreement.   [Hayes Decl. at ¶47]   Easterday Farms is a Washington general partnership.  [*See, e.g.,* Voluntary Petition, Bankruptcy No. 21-00176-WLH11 (Bank. E.D. Wash.), p.1]  The List of Equity Security Holders shows that the general partners of Easterday Farms are Gale Easterday (and now his estate), Karen Easterday (who is also the personal representative of Gale's estate), Cody Easterday and Debby Easterday.  [*Id.,* pp. 16-17]

19.     The VF Loan has been accruing default interest at the rate of 21% per annum since December 11, 2020, the day after Gale passed away.  [Hayes Decl. at ¶48]  As of February 8, 2021, the amount of $1,053,244.59 was due and owing on the VF Loan, consisting of (a) unpaid principal in the amount of $995,715.33, (b) unpaid contract interest owed as of December 10, 2020 in the amount of

$23,260.16, and (c) unpaid default interest from December 11, 2020 to February 8, 2021 in the amount of $34,244.59. [Hayes Decl. at ¶49]

20.    The per diem interest accrual amount on the unpaid principal balance of the VF Loan is $580.833 calculated on a 360-day year. As of June 30, 2022, the amount owed on the VF Loan was $1,347,726.92, excluding attorneys' fees and costs of collection. [Hayes Decl. at ¶50]

21.    On April 21, 2021, Rabo filed its *Complaint for Judicial Foreclosure of Mortgages, and for Money Judgment Based on RCW 25.05.125* [ECF No. 1] (the "**Original Complaint**") against 3E and the Easterday Individuals (except Karen Easterday was sued both individually and as the personal representative of the estate of Gale Easterday who is deceased). [Hayes Decl. at ¶51]

22.    On August 20, 2021, a *Stipulation Regarding Withdrawal of Adversary Proceeding Without Prejudice and Resolving Motion for TRO* ("**Stipulation**") was filed [ECF No. 25] in Adversary Proceeding Case No. 21-80044 entitled *Easterday Ranches, Inc. and Easterday Farms v. Rabo AgriFinance LLC* ("**Adversary Proceeding**"), which Adversary Proceeding arises out of the Bankruptcy Proceedings, Case No. 21-00141 entitled *In re: Easterday Ranches, Inc. and Easterday Farms* (jointly administered).

Rabo AgriFinance LLC's Statement of
Material Facts Not in Dispute - 7

23. The Order Approving the Stipulation was entered in the Adversary Proceeding on August 24, 2021 [ECF No. 27].

24. On September 30, 2021, the parties in the Adversary Proceeding filed a *Stipulation of Dismissal Pursuant to FRCP 41(a)(1)(A)(ii)* in the Adversary Proceeding[ECF No. 30]. The Order Dismissing Adversary Proceeding Without Prejudice was entered on September 9, 2021 [ECF No. 32.].

25. Pursuant to the terms in the Stipulation, on September 3, 2021 counsel for Rabo sent to the Franklin County Auditor for recording, in part, a Partial Release of Mortgage as provided in the Stipulation. The Partial Release of Mortgage relates solely to Parcel B as identified in Exhibit "A" of the 2009 Mortgage and defined in the Original Complaint. [Hayes Decl. at ¶52] Rabo also released the 2018 Mortgage that encumbered two parcels of property identified as Parcel A and Parcel B on Exhibit "A" thereto as well as "[a]ll refrigeration equipment affixed to the real estate as part of the storage facilities" as set forth on Exhibit "B" thereto, and it released the UCC-1's that had been filed in connection with the loan obligations. [Hayes Decl. at ¶¶14, 15, 31, 33 and Exhibit G thereto]

26. Pursuant to the Stipulation, Rabo was to prepare and file an amended complaint in this action which removed, among other things, Parcel B of the 2009

Rabo AgriFinance LLC's Statement of
Material Facts Not in Dispute - 8

Mortgage from Rabo's claims, and further removed 3E as a party defendant. [Hayes Decl. at ¶53]

27.    As contemplated by the Stipulation, Rabo filed its *Amended Complaint for Judicial Foreclosure of Mortgages, and for Money Judgment based on RCW 25.05.125* ("**Amended Complaint**") on September 3, 2021 [ECF No. 30] which, among other things, removed 3E as a defendant and made the clarification regarding Parcel B of the 2009 Mortgage.  [Hayes Decl. at ¶54]  The two causes of action in the Amended Complaint are:

      a.    First Cause of Action – Contract and General Partner Liability Against Defendants Karen, individually and as the personal representative of the estate of Gale Easterday, Cody, and Debby, and

      b.    Second Cause of Action -- Judicial Foreclosure of Parcel A of the Mortgage against Karen, Cody, Debby and Jody.

[ECF No. 30]

28.    On June 10, 2022, the Answer and Counterclaims of Defendant Jody Easterday ("**Answer and Counterclaims**") was filed in response to Rabo's Amended Complaint in this action.  [ECF No. 37]

29.    The causes of action asserted by Jody against Rabo in the Answer and Counterclaims were as follows:

      a.    First Cause of Action – Declaratory Judgment (RCW 7.24, *et seq.*).

b.    Second Cause of Action – Quiet Title (RCW 7.28, *et seq*.).

c.    Third Cause of Action – Slander of Title.

d.    Fourth Cause of Action – Breach of Contract.

e.    Fifth Cause of Action – Failure to Acknowledge Satisfaction of Mortgage (RCW 61.16.030).

[ECF No. 37]

30.    Also on June 10, 2022, Karen, individually and as personal representative of the estate of Gale Easterday; Cody; Debby; and Rabo, through their respective counsel, executed and filed a *Stipulated Joint Motion to Enlarge Time To File Responsive Pleading* pursuant to which the parties thereto stipulated that the Easterday defendants (except for Jody) could have until August 5, 2022 to file a response to Rabo's Amended Complaint.  [ECF No. 41]

31.    On June 21, 2022, the Court entered an order approving the stipulation for extension of time referenced in the preceding paragraph.  [ECF No. 44]

DATED this 29th day of July, 2022.

DAVIDSON BACKMAN MEDEIROS PLLC

 */s/ Bruce K. Medeiros*
Bruce K. Medeiros, WSBA No. 16380
601 West Riverside Avenue, Suite 1550
Spokane, Washington  99201
Telephone:  (509) 624-4600

Rabo AgriFinance LLC's Statement of
Material Facts Not in Dispute - 10

Email:  bmedeiros@dbm-law.net

-and-

RAY QUINNEY & NEBEKER P.C.

Michael R. Johnson (*Admitted Pro Hac Vice*)
36 South State Street, Suite 1400
Salt Lake City, Utah 84111
Telephone:  (801) 532-1500
Email:  mjohnson@rqn.com

*Attorneys for Rabo AgriFinance LLC*

Rabo AgriFinance LLC's Statement of
Material Facts Not in Dispute - 11

# Exhibit 1

"Voluntary Petition for Non-Individuals Filing for Bankruptcy "
USBC #21-00176, ECF No. 1, filed February 8, 2021

| Fill in this information to identify your case: |
| --- |

United States Bankruptcy Court for the:

EASTERN DISTRICT OF WASHINGTON

| Case number *(if known)* | | Chapter | **11** |
| --- | --- | --- | --- |

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| 1. | Debtor's name | **Easterday Farms, a Washington general partnership** |
| --- | --- | --- |

| 2. | All other names debtor used in the last 8 years <br><br> Include any assumed names, trade names and *doing business as* names | |
| --- | --- | --- |

| 3. | Debtor's federal Employer Identification Number (EIN) | **91-1520161** |
| --- | --- | --- |

| 4. | Debtor's address | **Principal place of business** | **Mailing address, if different from principal place of business** |
| --- | --- | --- | --- |
| | | **5235 N. Industrial Way** <br> **Pasco, WA 99301** <br> Number, Street, City, State & ZIP Code | <br><br> P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Franklin** <br> County | **Location of principal assets, if different from principal place of business** <br> **126190 S. Finley Road Kennewick, WA 99337** <br> Number, Street, City, State & ZIP Code |

| 5. | Debtor's website (URL) | **www.easterdayfarms.com** |
| --- | --- | --- |

| 6. | Type of debtor | ☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| --- | --- | --- |
| | | ■ Partnership (excluding LLP) |
| | | ☐ Other. Specify: |

Rabo AgriFinance LLC's Statement of          Exhibit 1
Material Facts Not in Dispute - 12

Debtor   **Easterday Farms, a Washington general partnership**                          Case number (*if known*) _____
_____
         Name

**7.  Describe debtor's business**       A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
     __1119__

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply:*

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☐ No

■ Yes.

| | Debtor | **Easterday Ranches, Inc.** | Relationship | **Affiliate** |
|---|---|---|---|---|
| | District | **Eastern District of Washington** | When **2/01/21** | Case number, if known **21-00141** |

Official Form 201                          **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                          page 2

Rabo AgriFinance LLC's Statement of                          Exhibit 1
Material Facts Not in Dispute - 13

| Debtor | **Easterday Farms, a Washington general partnership** | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No

■ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

■ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** **See Rider 1 for a list of locations of personal property that need immediate attention**

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

■ Yes.  Insurance agency  **Rain and Hail Insurance Service Inc.**

          Contact name  **Payne West Insurance, Inc.**

          Phone  **509-946-6161**

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**  .  *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ■ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ■ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ■ $100,000,001 - $500 million | ☐ More than $50 billion |

21-00176-WLH11   Doc 1   Filed 02/08/21   Entered 02/08/21 12:57:12   Pg 3 of 88       Exhibit 1

Rabo AgriFinance LLC's Statement of
Material Facts Not in Dispute - 14

| Debtor | Easterday Farms, a Washington general partnership | Case number (*if known*) |
|--------|---------------------------------------------------|--------------------------|
|        | Name                                              |                          |

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   02/08/21
              MM / DD / YYYY

X _____
  Signature of authorized representative of debtor

Title   **Co-Chief Restructuring Officers**

**T. Scott Avila and Peter Richter**
Printed name

**18. Signature of attorney**

X _____
  Signature of attorney for debtor

Date  02/08/21
      MM / DD / YYYY

**Thomas A. Buford**
Printed name

**Bush Kornfeld LLP**
Firm name

**601 Union Street**
**Suite 5000**
**Seattle, WA 98101**
Number, Street, City, State & ZIP Code

Contact phone  **206-292-2110**    Email address  **tbuford@bskd.com**

**WSBA 52969**
Bar number and State

Official Form 201                Voluntary Petition for Non-Individuals Filing for Bankruptcy                page 4

Rabo AgriFinance LLC's Statement of          Exhibit 1
Material Facts Not in Dispute - 15

Debtor  Easterday Farms, a Washington general partnership        Case number (if known) _____
        Name

▮▮▮  **Request for Relief, Declaration, and Signatures**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| 17. Declaration and signature of authorized representative of debtor | The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |
|---|---|
| | I have been authorized to file this petition on behalf of the debtor. |
| | I have examined the information in this petition and have a reasonable belief that the information is true and correct. |
| | I declare under penalty of perjury that the foregoing is true and correct. |

Executed on  02/08/21
             MM / DD / YYYY

X _____            T. Scott Avila and Peter Richter
Signature of authorized representative of debtor    Printed name

Title  **Co-Chief Restructuring Officers**

18. Signature of attorney    X _____    Date  02/08/21
                             Signature of attorney for debtor          MM / DD / YYYY

**Thomas A. Buford**
Printed name

**Bush Kornfeld LLP**
Firm name

**601 Union Street**
**Suite 5000**
**Seattle, WA 98101**
Number, Street, City, State & ZIP Code

Contact phone  **206-292-2110**    Email address    tbuford@bskd.com

**WSBA 52969**
Bar number and State

Rabo AgriFinance LLC's Statement of                                    Exhibit 1
Material Facts Not in Dispute - 16

Rider 1 to Voluntary Petition

Additional Locations of Personal Property that Requires Immediate Attention

## 12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?

| Property | Location |
|---|---|
| Fall Line Ashton Metzer Block 21 Unit 35A 35B and M1-6 Block 49 U156 | Franklin & Adams Counties, WA |
| Lyle Marshall   Block 20 Unit 100 101 102 | Franklin County, WA |
| B&B Farms, Goose Gap - Meals & Ayers Rd. Kennewick, WA 99338 | Benton County, WA |
| Cully Easterday Block 16 Unit 275 & Foley Rd F1-6 | Franklin County, WA |
| Cully Easterday Block 46 Units 20, 24-27, 31-33, 37-38 | Adams County, WA |
| Freese-Roberts & Freese  Block 20 Unit 17 | Franklin County, WA |
| Jim Thornton  Block 20 Unit 228A | Franklin County, WA |
| TICO - Ivan Taylor  Block 19 Unit 21 22 | Franklin County, WA |
| Jay & Laura  Michels  WSC 801 Unit 245 & 353 | Franklin County, WA |
| Vard Jenks  Block 20 Unit 227 | Franklin County, WA |
| Larry Olberding  Block 11 Unit 63A 63B | Franklin County, WA |
| Columbia View   CV Block 23 Unit 43 | Franklin County, WA |
| Corrales Ag - Block 49    Unit  147 148 | Adams County, WA |
| Corrales Ag - Block 201     Unit  16 | Franklin County, WA |
| Corrales Ag - Block 23    Unit  57 | Franklin County, WA |
| Roger Danz  Block 19 Unit 95 & 171 | Franklin County, WA |
| Mike Para    Block 46 Unit 95 96E 96W | Adams County, WA |
| Game Farm Hay    LB1 LB2 | Benton County, WA |
| Bill Easterday Block 20 Unit 137 | Franklin County, WA |
| Phil Michel  Block 46 Unit 94 97 | Adams County, WA |
| Kent Legacy Block 46 Unit 128 129 130 & B45-1 | Adams County, WA |
| Yancey Farms LLC  Block 45 Unit 24 25 26 43 43N | Adams County, WA |
| Klaustermeyer Farms  Block 23 Unit 8 & 16 &28 | Franklin County, WA |
| Lowe Block 23, Unit 19 | Franklin County, WA |
| Peterson Block 23, Unit 33 | Franklin County, WA |
| Lindsay Canyon Farm Near 73956 Homestead Ln, Boardman OR 97818 | Morrow County, OR |

DOCS_LA:335821.1 20375/002

Rabo AgriFinance LLC's Statement of Material Facts Not in Dispute - 17                Exhibit 1

## CERTIFICATE OF SECRETARY

**Regarding**
**Resolutions of the**
**Independent Directors of**
**EASTERDAY FARMS**

**ADOPTED JANUARY 31, 2021**

The undersigned hereby certifies that he is the duly elected and qualified acting Secretary of Easterday Farms, a Washington partnership (the "*Company*"), and further certifies in such capacity that attached hereto as **Exhibit A** is a true, complete and correct copy of resolutions of the independent directors of the Company. Such resolutions have not been amended, modified or rescinded since their adoption and remain in full force and effect as of the date hereof.

**IN WITNESS WHEREOF**, the undersigned has executed this Secretary's Certificate as of the date first set forth above.

Name:    Peter Richter
Title:    Secretary

DOCS_NY:42169.1 20375/001

Rabo AgriFinance LLC's Statement of
Material Facts Not in Dispute - 18

Exhibit 1

**EXHIBIT A**

**RESOLUTIONS OF THE
INDEPENDENT DIRECTORS (THE "DIRECTORS") OF
<u>EASTERDAY FARMS</u>
(the "Company")**

**ADOPTED JANUARY 31, 2021**

I       **A**PPOINTMENT OF **O**FFICERS

        **W**HEREAS**,** Cody Allen Easterday, Debby Easterday and Karen L. Easterday have resigned from all officer positions held with the Company;

        **N**OW**, T**HEREFORE**, B**E **I**T **R**ESOLVED**,** that effective immediately each of the following individuals is hereby appointed to the officer position(s) set forth next to his name below, to serve in such office at the pleasure of the Directors until his resignation or removal, with such duties as the Directors shall prescribe:

        T. Scott Avila   Co-Chief Restructuring Officer

        Peter Richter   Co-Chief Restructuring Officer and Secretary

        **RESOLVED,** that the engagement letter by and between Paladin Management Group, LLC and the Company in substantially the form attached hereto as <u>Attachment 1</u> (the "*Paladin Letter*"), providing for, among other things, the services of Messrs. Avila and Richter, be and hereby is approved and authorized in its entirety;

        **RESOLVED**, that the Co-Chief Restructuring Officers, the Secretary and the Treasurer (each, an "*Authorized Officer*") be, and each of them hereby is, authorized on behalf of the Company to execute the Paladin Letter.

II.      **C**HAPTER 11 **P**ROCEEDINGS

        **WHEREAS**, the Directors have reviewed the historical performance of the Company and the current and long-term liabilities of the Company;

        **WHEREAS**, the Directors have reviewed the materials presented by the management of and the advisors to the Company regarding the possible need to liquidate the Company, and has analyzed each of the strategic alternatives available to it, and the impact of the foregoing on the Company's business and its stakeholders;

        **NOW, THEREFORE, BE IT RESOLVED**, that in the judgment of the Directors, it is desirable and in the best interests of the Company, its creditors, employees, stockholders and other stakeholders that a petition be filed by the Company seeking relief under the provisions of chapter 11 of title 11 of the United States Code (the "*Bankruptcy Code*");

        **RESOLVED**, that the Authorized Officers be, and each of them hereby is, authorized on behalf of the Company to execute the Paladin Letter and to execute, verify and file all petitions, schedules, lists, and other papers or documents, and to take and

DOCS_NY:42169.1 20375/001

perform any and all further actions and steps that any such Authorized Officer deems necessary, desirable and proper in connection with the Company's chapter 11 case, with a view to the successful prosecution of such case;

      **RESOLVED**, that the Authorized Officers, on behalf of the Company, are authorized, empowered and directed to retain the law firm of Pachulski Stang Ziehl & Jones LLP ("***PSZ&J***") as bankruptcy counsel to represent and assist the Company in carrying out its duties under chapter 11 of the Bankruptcy Code, and to take any and all actions to advance the rights of the Company in connection therewith, and the Authorized Officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the bankruptcy, and to cause to be filed an appropriate application for authority to retain the services of PSZ&J;

      **RESOLVED**, that the Authorized Officers, on behalf of the Company, are authorized, empowered and directed to retain the law firm of Bush Kornfeld LLP ("***BK***") as Washington State, general and litigation counsel to represent and assist the Company and to take any and all actions to advance the rights of the Company in connection with the bankruptcy and any matters relating to the Company, and the Authorized Officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the bankruptcy, and to cause to be filed an appropriate application for authority to retain the services of BK;

      **RESOLVED**, that the Authorized Officers, on behalf of the Company, are authorized, empowered and directed to retain the law firm of Davis Wright Tremaine LLP ("***DWT***") as special counsel to represent and assist the Company and to take any and all actions to advance the rights of the Company in connection with the bankruptcy and any other matters relating to the Company, and the Authorized Officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the bankruptcy, and to cause to be filed an appropriate application for authority to retain the services of DWT;

      **RESOLVED**, that each of T. Scott Avila and Peter Richter of Paladin Management Group, as Co-Chief Restructuring Officer of the Company, shall be an Authorized Officer (as defined in these resolutions), and is hereby authorized to make decisions with respect to all aspects of the management and operation of the Company's business including, without limitation, organization, human resources, logistics, finance, administration, and oversight and prosecution of the Company's bankruptcy case, including, but not limited to, bankruptcy-related reporting requirements, filing of Statement of Financial Affairs, Schedule of Assets and Liabilities, filing of a chapter 11 plan and related disclosure statement, claims management, managing outside professionals and such other aspects as they may identify, in such manner as they deem necessary or appropriate in each of their sole and reasonable discretion consistent with the business judgment rule, subject only to appropriate governance by the applicable Directors, in accordance with the Company's partnership agreement, applicable laws and applicable bankruptcy law and orders of the Court;

      **RESOLVED**, that the Authorized Officers of the Company be, and hereby are, authorized and directed to employ any other professionals necessary to assist the Company in carrying out its duties under the Bankruptcy Code; and in connection therewith, the Authorized Officers are hereby authorized and directed to execute

Rabo AgriFinance LLC's Statement of Material Facts Not in Dispute - 20

Exhibit 1

appropriate retention agreements, pay appropriate retainers prior to or immediately upon the filing of the chapter 11 case and cause to be filed appropriate applications with the bankruptcy court for authority to retain the services of any other professionals, as necessary, and on such terms as are deemed necessary, desirable and proper;

**RESOLVED**, that the Authorized Officers be, and each of them hereby is, authorized on behalf of the Company to take any and all actions, to execute, deliver, certify, file and/or record and perform any and all documents, agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities or certificates and to take any and all actions and steps deemed by any such Authorized Officer to be necessary or desirable to carry out the purpose and intent of each of the foregoing resolutions and to effectuate a successful chapter 11 case, including, but not limited to the development, filing and prosecution to confirmation of a chapter 11 plan and related disclosure statement;

**RESOLVED**, that any and all actions heretofore taken by any Authorized Officer or the directors of the Company in the name and on behalf of the Company in furtherance of the purpose and intent of any or all of the foregoing resolutions be, and hereby are, ratified, confirmed, and approved in all respects; and

**RESOLVED**, that in connection with the commencement of the chapter 11 case by the Company, the Authorized Officers be and hereby are, authorized and empowered on behalf of, and in the name of, the Company, to negotiate, execute and deliver a cash collateral or other financing arrangement and the related guarantees thereto (including, in connection therewith, such notes, security agreements and other agreements or instruments as such officers consider appropriate) on the terms and conditions such officer or officers executing the same may consider necessary, proper or desirable, such determination to be conclusively evidenced by such execution or the taking of such action, and to consummate the transactions contemplated by such agreements or instruments on behalf of the Company and any affiliates.

Rabo AgriFinance LLC's Statement of Material Facts Not in Dispute - 21

Exhibit 1

Fill in this information to identify the case:

Debtor name **Easterday Farms, a Washington general partnership**

United States Bankruptcy Court for the: EASTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐  *Schedule H: Codebtors* (Official Form 206H)
☐  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐  Amended *Schedule*
■  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
■  Other document that requires a declaration    **Corporate Ownership Statement, List of Equity Holders, Creditor Matrix Verification**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____    x _____
Signature of individual signing on behalf of debtor

**T. Scott Avila and Peter Richter**
Printed name

**Co-Chief Restructuring Officers**
Position or relationship to debtor

Official Form 202                    Declaration Under Penalty of Perjury for Non-Individual Debtors

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Rabo AgriFinance LLC's Statement of
Material Facts Not in Dispute - 22

Exhibit 1

<table>
<tr><td colspan="2">Fill in this information to identify the case:</td></tr>
<tr><td>Debtor name</td><td><b>Easterday Farms, a Washington general partnership</b></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>EASTERN DISTRICT OF WASHINGTON</td></tr>
<tr><td>Case number (if known)</td><td></td></tr>
</table>

☐ Check if this is an amended filing

<u>Official Form 202</u>
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
■ Other document that requires a declaration    **Corporate Ownership Statement, List of Equity Holders, Creditor Matrix Verification**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  02/08/21       X _____
Signature of individual signing on behalf of debtor

**T. Scott Avila and Peter Richter**
Printed name

**Co-Chief Restructuring Officers**
Position or relationship to debtor

Official Form 202     Declaration Under Penalty of Perjury for Non-Individual Debtors

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Rabo AgriFinance LLC's Statement of
Material Facts Not in Dispute - 23          Exhibit 1

| Fill in this information to identify the case: |
| --- |

Debtor name  Easterday Farms, a Washington general partnership

United States Bankruptcy Court for the:    Eastern District of Washington
                                          (State)

Case number (If known):  21-

☐ Check if this is an
  amended filing

Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders          12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims, on a consolidated basis.

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1. Two Rivers Terminal, LLC P.O. Box 2327 Pasco, WA 99302-2327 | Contact: Carlos Ambrosano Tel: 509-547-7776 carlos@tworiversterminal.com | Trade Debt | | | | $4,348,579.39 |
| 2. The McGregor Company-OR PO Box 740 Colfax, WA  99111-0740 | Contact: Christie Muir Tel: 509.397.4355 christie.muir@mcgregor.com | Trade Debt | | | | $3,897,251.43 |
| 3. CHS-Sun Basin Operations P.O. Box 608 Quincy, WA 98848 | Contact: Maria Jose de Alva Tel: 509-787-3511 mariajose.dealva@chsinc.com | Trade Debt | | | | $4,423,088.24 |
| 4. Simplot Grower Solutions-Umatilla PO Box 1089 Umatilla, OR 97882 | Contact: Lori Roberts Tel: 541-922-5672 Lori.roberts@simplot.com | Trade Debt | | | | $1,504,913.09 |
| 5. John Deere Financial Farm Plan P.O. Box 4450 Carol Stream, IL 60197-4450 | Tel:  800-541-2969 jdfcustomerservice@johndeere.com | Trade Debt | | | | $1,033,230.30 |
| 6. Industrial Ventilation, Inc 723 E Karcher Rd Nampa, ID 83687 | Tel: 208-463-6305 sales@ivi.us.com | Trade Debt | | | | $503,854.66 |

Rabo AgriFinance LLC's Statement of          Exhibit 1
Material Facts Not in Dispute - 24

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 7. Labor Plus Solutions<br>PO Box 1327<br>Pasco WA 99301 | Contact:<br>Tel: 509-547-3699<br>office@jpochoa.com | Trade Debt | | | | $454,211.55 |
| 8. Central Machinery Sales, Inc.<br>P.O. Box 1217<br>Moses Lake, WA 98837 | Contact: Jessica<br>Tel: 509-765-1257<br>cmsar@cmachinery.net | Trade Debt | | | | $388,804.99 |
| 9. Conrado Garza Trucking<br>P.O. Box 766<br>Othello, WA 99344 | Tel: (509) 488-2279<br>C.GV@HOTMAIL.COM | Trade Debt | | | | $187,315.78 |
| 10 Commercial Tire<br>P.O. Box<br>970 Meridian, ID 83680 | Tel: 208-888-8800<br>credit@commercialtire.com | Trade Debt | | | | $170,200.57 |
| 11 Olberding Seed<br>P.O. Box 2446<br>Pasco, WA 99301 | Contact: Jeff Zaro<br>Tel: 509-545-5412<br>JEFFZARO@YAHOO.COM | Trade Debt | | | | $160,280.03 |
| 12 SunRay Farms LLC<br>PO Box 776<br>Royal City, WA 99357 | Contact: Diane<br>Tel: 509-346-0019<br>Diane@basingold.com | Trade Debt | | | | $136,904.06 |
| 13 Northwest Equipment Sales<br>2405 S Janeen Street<br>Boise, ID 83709 | Contact: Suzanne Murphy-Sweet<br>Tel: 208-362-3400<br>suzannem@nwesales.com | Trade Debt | | | | $121,381.44 |
| 14 A & M Supply<br>P.O. Box 1166<br>Hermiston, OR 97838 | Contact: Kim<br>Tel: 541-567-0053<br>kim@amsupplyinc.com | Trade Debt | | | | $97,240.92 |
| 15 Northwest CPA Group<br>1333 Columbia Park Trail Ste 210<br>Richland, WA 99352 | Tel: 509-735-1300<br>office@nwcpagroup.com | Professional Services | | | | $70,944.30 |
| 16 Lad Irrigation Company, Inc.<br>P.O. Box 880<br>Moses Lake, WA 98837 | Contact: Randy Gubler<br>Tel: 509-765-8864<br>CGUBLER@LADIRRIGATION.COM | Trade Debt | | | | $60,087.78 |
| 17 Bobcat of Pasco<br>PO Box 94098<br>Seattle WA 98124-9498 | Contact:<br>Tel: 509-907-1120 | Trade Debt | | | | $55,267.37 |
| 18 Rangeview Ag Labor LLC<br>PO Box 547<br>Othello, WA 99344 | Contact: Tony Jenks<br>Tel: 509-318-0429<br>TONY@RAGLABOR.COM | Trade Debt | | | | $47,371.66 |

21-00176-WLH11    Doc 1    Filed 02/08/21    Entered 02/08/21 12:57:12    Pg 14 of 88

Rabo AgriFinance LLC's Statement of
Material Facts Not in Dispute - 25

Exhibit 1

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 19 Irrigation Specialists Inc P.O. Box 2544 Pasco, WA 99302 | Contact: Ryan Blodgett Tel: 509-547-1761 RBLODGETT@TRICITYLAW.COM | Trade Debt | | | | $39,812.58 |
| 20 Dykman Electrical, Inc. 2323 Federal Way Boise, ID 83705 | Contact: Jarred McKenzie Tel: 208-336-3988 JMCKENZIE@DYKMAN.COM | Trade Debt | | | | $32,024.00 |

21-00176-WLH11    Doc 1    Filed 02/08/21    Entered 02/08/21 12:57:12    Pg 15 of 88

Rabo AgriFinance LLC's Statement of Material Facts Not in Dispute - 26

Exhibit 1

1  ARMAND J. KORNFELD (WSBA #17214)
   THOMAS A. BUFORD (WSBA #52969)
2  RICHARD B. KEETON (WSBA #51537)
3  BUSH KORNFELD LLP
   601 Union Street, Suite 5000
4  Seattle, WA 98101
5  Tel.: (206) 292-2110
   Facsimile: (206) 292-2104
6  Emails: jkornfeld@bskd.com,
7  tbuford@bskd.com, and rkeeton@bskd.com

8  RICHARD M. PACHULSKI (CA Bar #90073)*
9  JEFFREY W. DULBERG (CA Bar #181200)*
   JASON H. ROSELL (CA Bar #269126)**
10 PACHULSKI STANG ZIEHL & JONES LLP
11 10100 Santa Monica Blvd., 13th Floor
   Los Angeles, CA 90067-4003
12 Tel: (310) 277-6910
13 Facsimile: (310) 201-0760
   Emails: rpachulski@pszjlaw.com,
14 jdulberg@pszjlaw.com, and
15 jrosell@pszjlaw.com

16 *Admitted *Pro Hac Vice*
17 ** *Pro Hac Vice* Pending

18 *Proposed Attorneys for the Chapter 11*
19 *Debtor and Debtor in Possession*

20          UNITED STATES BANKRUPTCY COURT
              EASTERN DISTRICT OF WASHINGTON

| 21  In re:                                | Chapter 11                        |
|-------------------------------------------|-----------------------------------|
| 22  EASTERDAY FARMS, a Washington         | Case No. 21-_____ (___)           |
| 23  general partnership,                  | **LIST OF EQUITY SECURITY**       |
| 24                  Debtor.               | **HOLDERS**                       |

25

26

LIST OF EQUITY SECURITY HOLDERS – Page 1

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

DOCS_LA:335451.1

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this Chapter 11 Case:

| Name and Last Known Address or Place of Business of Holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Gale A. Easterday and Karen L. Easterday, as Husband and Wife 830 Bellflower Road Mesa, WA 99343-9564 | | 50% | Partnership Interest |
| Cody A. Easterday and Debby Easterday, as Husband and Wife 830 Bellflower Road Mesa, WA 99343-9564 | | 50% | Partnership Interest |

LIST OF EQUITY SECURITY HOLDERS – Page 2

DOCS_LA:335451.1

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

Rabo AgriFinance LLC's Statement of Material Facts Not in Dispute - 28

Exhibit 1

1  ARMAND J. KORNFELD (WSBA #17214)
   THOMAS A. BUFORD (WSBA #52969)
2  RICHARD B. KEETON (WSBA #51537)
3  BUSH KORNFELD LLP
   601 Union Street, Suite 5000
4  Seattle, WA 98101
5  Tel.:  (206) 292-2110
   Facsimile:  (206) 292-2104
6  Emails:  jkornfeld@bskd.com,
7  tbuford@bskd.com, and rkeeton@bskd.com

8  RICHARD M. PACHULSKI (CA Bar #90073)*
9  JEFFREY W. DULBERG (CA Bar #181200)*
   JASON H. ROSELL (CA Bar #269126)**
10 PACHULSKI STANG ZIEHL & JONES LLP
11 10100 Santa Monica Blvd., 13th Floor
   Los Angeles, CA 90067-4003
12 Tel: (310) 277-6910
13 Facsimile:   (310) 201-0760
   Emails: rpachulski@pszjlaw.com,
14 jdulberg@pszjlaw.com, and
15 jrosell@pszjlaw.com

16 *Admitted *Pro Hac Vice*
17 ** *Pro Hac Vice* Pending

18 *Proposed Attorneys for the Chapter 11*
19 *Debtor and Debtor in Possession*

20            UNITED STATES BANKRUPTCY COURT
               EASTERN DISTRICT OF WASHINGTON

| 21 22 23 24 | In re:<br><br>EASTERDAY FARMS, a Washington general partnership,<br><br>Debtor. | Chapter 11<br><br>Case No. 21-_____ (___)<br><br>**CERTIFICATION OF CREDITOR MATRIX** |
|---|---|---|

25

26

CERTIFICATION OF CREDITOR MATRIX – Page 1

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

DOCS_LA:335451.1

1

2

Pursuant to Rule 1007(a)(1) of the Federal Rules of Bankruptcy Procedure, the above captioned Debtor hereby certifies that the *Creditor Matrix* submitted herewith contains the names and addresses of the Debtor's creditors. To the best of the Debtor's knowledge, the *Creditor Matrix* is complete, correct, and consistent with the Debtor's books and records.

The information contained herein is based upon a review of the Debtor's books and records as of the petition date. However, no comprehensive legal and/or factual investigations with regard to possible defenses to any claims set forth in the *Creditor Matrix* have been completed. Therefore, the listing does not, and should not, be deemed to constitute: (1) a waiver of any defense to any listed claims; (2) an acknowledgement of the allowability of any listed claims; and/or (3) a waiver of any other right or legal position of the Debtor.

CERTIFICATION OF CREDITOR MATRIX – Page 2

DOCS_LA:335451.1

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

Rabo AgriFinance LLC's Statement of
Material Facts Not in Dispute - 30

Exhibit 1

1  ARMAND J. KORNFELD (WSBA #17214)
   THOMAS A. BUFORD (WSBA #52969)
2  RICHARD B. KEETON (WSBA #51537)
   BUSH KORNFELD LLP
3  601 Union Street, Suite 5000
   Seattle, WA 98101
4  Tel.: (206) 292-2110
   Facsimile: (206) 292-2104
5  Emails: jkornfeld@bskd.com,
   tbuford@bskd.com, and rkeeton@bskd.com
6
7  RICHARD M. PACHULSKI (CA Bar #90073)*
   JEFFREY W. DULBERG (CA Bar #181200)*
   JASON H. ROSELL (CA Bar #269126)**
8  PACHULSKI STANG ZIEHL & JONES LLP
   10100 Santa Monica Blvd., 13th Floor
9  Los Angeles, CA 90067-4003
   Tel: (310) 277-6910
10 Facsimile: (310) 201-0760
   Emails: rpachulski@pszjlaw.com,
11 jdulberg@pszjlaw.com, and
   jrosell@pszjlaw.com
12
13 *Admitted *Pro Hac Vice*
   ** *Pro Hac Vice* Pending
14
   *Proposed Attorneys for the Chapter 11*
15 *Debtor and Debtor in Possession*

UNITED STATES BANKRUPTCY COURT
16 EASTERN DISTRICT OF WASHINGTON

17 | In re | Chapter 11 |
18 | EASTERDAY FARMS, a Washington general partnership, | Case No. 21- |
19 | | **CORPORATE OWNERSHIP STATEMENT PURSUANT TO FEDERAL RULES OF BANKRUPTCY PROCEDURE 1007(a)(1) AND 7007.1 AND LOCAL BANKRUPTCY RULE 1007-1** |
   | Debtor. | |
20
21
22
23
24
25
26

CORPORATE OWNERSHIP STATEMENT – Page 1

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

DOCS_LA:335451.1

Rabo AgriFinance LLC's Statement of
Material Facts Not in Dispute - 31

Exhibit 1

1      Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the

2 Judges to evaluate possible disqualification or recusal, the Debtor, certifies that the

3 following is a corporation other than the Debtor, or a governmental unit, that directly

4 or indirectly owns 10% or more of any class of the corporation's equity interests, or

5 states that there are no entities to report under FRBP 7007.1.

6 ☒ None [*check if applicable*]

7

8      Name:
     Address:

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

CORPORATE OWNERSHIP STATEMENT – Page 2

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

DOCS_LA:335451.1

Rabo AgriFinance LLC's Statement of
Material Facts Not in Dispute - 32

Exhibit 1

3 Rivers Potato Service
P.O. Box 2791
Pasco, WA 99302

A  Plus Connectors
PO Box 1259
Hermiston OR 97838

A & M Supply
P.O. Box 1166
Hermiston, OR 97838

A.V. Labs, Inc.
64 N Broadway Ave
Othello, WA 99344

A-1 Industrial Supply
PO Box 1146
Hermiston, OR 97838-9470

AAW Auto Parts
606 Boeing Street
Pasco, WA 99301-7117

ABC Hydraulics
PO Box 966
Moses Lake WA 98837

Adams County Fair
Todd Ashton
P.O. Box 1239
Othello, WA 99344

DOCS_LA:335832.1 20375/002

Rabo AgriFinance LLC's Statement of
Material Facts Not in Dispute - 33

Exhibit 1

Adams County FSA
506 Weber Ave Ste A
Ritzville, WA 99169

Adams County Treasurer
210 W Broadway Ste 203
Ritzville, WA 99169-1892

ADM Animal Nutrition
75 Remittance Drive
Suite 1365
Chicago, IL 60675-1365

AFLAC
1932 Wynnton Road
Columbus, GA 31999-0797

Ag Direct
P.O. Box 2409
Omaha NE 68103-2409

AG Engineering & Development
P.O. Box 2814
Tri-Cities, WA 99302

Ag Sense LLC
PO Box 53
Huron, SD 57350-0053

Rabo AgriFinance LLC's Statement of                                    Exhibit 1
Material Facts Not in Dispute - 34

Ag Solutions Finance
PO Box 2327
Pasco, WA 99302-2327


Ag Spray Equipment
PO Box 3749
Sioux City, IA 51102-3749


Agri-Service Northwest
300 Agriservice Way
Kimberly ID 83341


A-L Compressed Gases, Inc.
4230 East Trent Ave.
Spokane, WA 99202


All Rivers Custom Applications, LLC
5426 N. Road 68
Suite D #151
Pasco, WA  99301


Ally Commercial Department
6716 Grade Lane
Bldg 9 Ste 910
Louisville KY 40213


AMB Tools & Equipment
608 West Nob Hill Blvd
Yakima, WA 98902

Rabo AgriFinance LLC's Statement of                Exhibit 1
Material Facts Not in Dispute - 35

American Express
P.O. Box 650448
Dallas, TX 75265-0448.


American Radiator Inc.
204 N Oregon Ave
Pasco, WA 99301


American Rock Products, Inc.
P.O. Box 742347
Los Angeles, CA 90074


AmeriGas-Kennewick
204 N Fruitland St
Kennewick, WA 99336


Amerigas-Othello
PO Box 371473
Pittsburgh, PA 15250-7473


Analytical Laboratories, Inc.
1804 North 33rd Street
Boise, ID 83703-5814


Anderson Perry & Associates, Inc.
PO Box 1107
LaGrande, OR 97850


Applied Industrial Tech
P.O. Box 100538
Pasadena, CA 91189-0538

Rabo AgriFinance LLC's Statement of                                    Exhibit 1
Material Facts Not in Dispute - 36

APS Inc.,
P.O. Box 3915
Spokane, WA 99220


AquaTech
3811 Glade N Road
Pasco, WA 99301


Armada Corp
P.O. Box 6756
Kennewick, WA 99336-9983


Arnold Garza Trucking
1611 W Lee Rd
Othello, WA 99344


ASI Aerial Applicators
PO Box 710
Hermiston, OR 97838


Associated Credit Services, Inc
12815 E. Sprague Ave Ste 200
Spokane Valley, WA 99216


Asuris Northwest Health
PO Box 2597
Portland, OR 97208-2597

Rabo AgriFinance LLC's Statement of                    Exhibit 1
Material Facts Not in Dispute - 37

AT&T Mobility
P.O. Box 6463
Carol Stream, IL 60197-6463


ATS, LLC
3226 Citation Rd NE
Moses Lake, WA 98837


Auto-Kool, LLC
305 N First Street
Hermiston, OR 97838


Avista Utilities
1411 E. Mission Ave.
Spokane, WA 99220


AXA Equitable Life Insurance Company
1290 Avenue of the Americas, 16th Floor
New York, NY 10104


B & B Express Printing
7519 W Kennewick Ave
Kennewick WA 99336


B & B Farms
Wake Family Properties, LLC
62611 So. Pier T Road
Kennewick, WA 99337


Balance Point Strategies
PO Box 786
Canby OR 97013

Rabo AgriFinance LLC's Statement of
Material Facts Not in Dispute - 38

Exhibit 1

Baldwin Cooke Company
P.O. Box 908
Amsterdam, NY 12010


Bank of America Card
P.O. Box 851001
Dallas, TX 75285-1001


Basin City Auto Parts, Inc.
P.O. Box 627
Connell, WA 99326


Basin Disposal
P.O. Box 3850
Pasco WA 99302-3850


Basin Sod, Inc.
13218 Hwy 395
Eltopia, WA 99330-9789


Battery Systems
12322 Monarch Street
Garden Grove, CA 92841-2909


BB&T Commercial Equipment Capital Corp
2 Great Valley Parkway, Ste 300
Malvern, PA 19355

Rabo AgriFinance LLC's Statement of                                    Exhibit 1
Material Facts Not in Dispute - 39

BB&T Commercial Equipment Capital Corp.
2 Great Valley Parkway
Suite 300
Malvern, PA 19355

Benton County PUD
P.O. Box 6270
Kennewick, WA 99336

Benton County Treasurer
P.O. Box 630
Prosser, WA 99350-0630

Benton Franklin District Health
7102 W Okanogan Place
Kennewick, WA 99336

Benton Franklin Market Stock
PO Box 2151
Pasco, WA 99302

Benton-Franklin Fair & Rodeo
Lori Lancaster
1500 S. Oak St.
Kennewick, WA 99337

Bergstrom Aircraft Inc
4102 Stearman Ave.
Tri-Cities Airport
Pasco, WA 99301

Rabo AgriFinance LLC's Statement of                                    Exhibit 1
Material Facts Not in Dispute - 40

Big Bend Electric
P.O. Box 348
Ritzville, WA 99169


Big D's Construction
3902 N Swallow Ave
Pasco, WA 99301


Bill Easterday
51 Bellflower Rd
Mesa, WA 99343


Bison Pipe & Supply
PO Box 258
Jerome ID 83338


BJK Truck Parts
80862 Hwy 395 N
Hermiston, OR 97838


Bleyhl Farm Service
940 East Wine Country Rd
Grandview WA 98930-8982


Blue Banner Truck Wash, LLC
PO Box 5887
Pasco WA 99302


BNSF Railway Company
P.O. Box 676160
Dallas, TX 75267-6160

Rabo AgriFinance LLC's Statement of                    Exhibit 1
Material Facts Not in Dispute - 41

Bobcat of Pasco
PO Box 94098
Seattle WA 98124-9498


Brad Curtis & Community First Bank
8853 Langford Road
Mesa, WA 99343


Bridgestone Americas
62861 Collections Center Drive
Chicago, IL 60693


Broadway Truck Repair & Service
PO Box 673
Othello, WA 99344


Bruce Heating & A/C Inc
5115 W Brinkley RE
Ste C
Kennewick WA 99338


Byrnes Oil
P.O. Box 700
Pendleton, OR 97801


C & A Logistics
P.O. Box 766
Othello, WA 99344

Rabo AgriFinance LLC's Statement of                                Exhibit 1
Material Facts Not in Dispute - 42

C & E Trenching, LLC
P.O. Box 3788
Pasco, WA 99302


C & G Cattle Company, LLC
1824 W Foley Rd
Othello, WA 99344


Canon Solutions America
15004 Collections Center Drive
Chicago IL 60693


Canyon Farm, LLC
119 South B Street
San Mateo, CA 94401


Casaday Bee-Line
1708 W Lewis St
Pasco, WA 99301


Cascade Agronomics
PO Box 1249
Moses Lake, WA 98837


Cascade Earth Sciences
PO Box 101806
Pasadena, CA 91189-1806


Cascade Natural Gas Corporation
P.O.Box 5600
Bismarck, ND 58506-5600


DOCS_LA:335832.1 20375/002                    11

Rabo AgriFinance LLC's Statement of                    Exhibit 1
Material Facts Not in Dispute - 43

Cascade Wind Machine Service
P.O. Box 9308
Yakima, WA 98909


Cascadia International, LLC
P.O. Box 1196
Tacoma, WA 98401


Cenex Harvest States
300 West Feedville Road
Hermiston, OR  97838


Central Hose & Fittings, Inc.
2214 North 4th
Pasco, WA.  99301


Central Machinery -Equip Acct
PO Box 2838
Pasco, WA 99302


Central Machinery Sales Inc.
1201 E. Yonezwa Blvd.
Moses Lake, WA 98837


Central Machinery Sales, Inc.
P.O. Box 1217
Moses Lake, WA 98837

Rabo AgriFinance LLC's Statement of                         Exhibit 1
Material Facts Not in Dispute - 44

CenturyLink
P.O. Box 4300
Carol Stream, IL 60197-4300


CenturyLink Business Services
P.O. Box 52187
Phoenix, AZ 85072-2187


CenturyLink-Seattle
P.O. Box 91155
Seattle, WA 98111-9255


Chemsearch
P.O. Box 971269
Dallas, TX 75397-1269


Cheyne Brothers
P.O. Box 49
Malin, OR 97632


CHS
5500 Cenex Drive
Inver Grove Heights, MN 55077


CHS Capital, LLC dba CHSC MN,
a Minnesota LLC
5500 Cenex Drive
Inner Grove Heights, MN 55077


CHS-Sun Basin Operations
P.O. Box 608
Quincy, WA 98848

Rabo AgriFinance LLC's Statement of                    Exhibit 1
Material Facts Not in Dispute - 45

City of Boardman
200 City Center Circle
P.O. Box 229
Boardman, Oregon 97818


City of Pasco
P.O. Box 293
Pasco, WA 99301-0491


City of Pasco
525 North 3rd Avenue
Paso, WA 99301


City Of Richland
PO Box 34811
Seattle, WA 98124-1811


Cleanworks
1761 George Washington Way 366
Richland WA 99354


Clearwater Napa
5819 W Clearwater
Kennewick, WA 99336


Clemente Garza Trucking
P.O.Box 1226
Othello, WA 99344

Rabo AgriFinance LLC's Statement of
Material Facts Not in Dispute - 46                Exhibit 1

CNH Capital America LLC
100 Brubaker Ave
New Holland, PA 17557


CNH Industrial Capital America
P.O. Box 71264
Philadelphia, PA 19176-6264


CNH Industrial Capital America LLC
100 Brubaker Ave
New Holland, PA 17557


CNH Industrial Capital America LLC
500 Diller Ave.
New Holland, PA 17557


College of William & Mary
Student Accounts
PO Box 8795
Williamsburg, VA 23187


Columbia Basin Jr Livestock Show
Burl Booker
PO Box 1313
Connell, WA 99326


Columbia Basin Paper & Supply
515 W Columbia St
Pasco, WA 99301

Rabo AgriFinance LLC's Statement of
Material Facts Not in Dispute - 47

Exhibit 1

Columbia Bearing BDI
PO Box 17947
Denver CO 80217-0947


Columbia Electric Supply
P.O. Box 398855
San Francisco, CA 94139-8855


Columbia Grain & Feed
P.O. Box 2361
Pasco, WA 99301


Columbia Improvement District
PO Box 47
Boardman, OR 97818


Columbia Pump Company
3510 Stearman Ave
Pasco WA 99301


Columbia Rigging Corp
P.O. Box 2717
Pasco, WA 99302


Columbia River Machinery
3802 S Highlands Blvd West
Richland, WA 99353


Columbia View Farms
155 Harrigan Ln
Mesa, WA 99343

Rabo AgriFinance LLC's Statement of                              Exhibit 1
Material Facts Not in Dispute - 48

Commercial Tire
P.O. Box 970
Meridian, ID 83680


Commodity Futures Trading Commission
1155 21st St NW
Washington, DC 20581


Comunale Welding & Construction
380 Thornbrook DR
Merlin, OR 97532


Connell Auto Parts Inc
P O Box 217
Connell, WA 99326


Connell Grain Growers
3132 Road O NE
Moses Lake, WA 98837


Connell Oil, Inc.
P.O. Box 3998
Pasco, WA 99302


Connell Sand & Gravel
P.O. Box 498
Kahlotus, WA 99335

Rabo AgriFinance LLC's Statement of                    Exhibit 1
Material Facts Not in Dispute - 49

Conrado Garza Trucking
P.O. Box 766
Othello, WA 99344


Consolidated Disposal Service
P.O. Box 1154
Ephrata, WA 98823


Consolidated Electrical Dist
P.O. Box 398830
San Francisco CA 94139-8830


Copenhaver Construction
22393 SR 2 East
Creston, WA 99117


Copper State Bolt & Nut Co
Dept 880220
PO Box 29650
Phoenix, AZ 85038-9650


Corrales Ag
7090 N. Wahluke Rd
Othello, WA 99344


Corwin Ford
1225 Autoplex Way
Pasco, WA 99301


Costco Wholesale Membership
P.O. Box 34783
Seattle, WA 98124-1783

Rabo AgriFinance LLC's Statement of                                    Exhibit 1
Material Facts Not in Dispute - 50

Crane Bergdahl
Attorney at Law
P.O. Box 2755
Pasco, WA  99302-2755


CSRIA
3030 W Clearwater Suite 205-A
Kennewick, WA 99336


Cubbys Electric
1716 West A Street
Pasco, WA 99301


Cully G-Easterday
101 Pisces
Pasco, WA 99301


Cummins Northwest, Inc
Lockbox 138324
PO Box 398324
San Francisco, CA 94139


Dan Kimm Certified Seed Potatoes, LLC
5200 Cameron Br Rd
Manhattan, MT 59741


Daniel H. Brunner, Chapter 13 Trustee
P.O. Box 1003
Memphis, TN 38101-1003

Rabo AgriFinance LLC's Statement of                    Exhibit 1
Material Facts Not in Dispute - 51

Danz Farms
4001 Russell Rd
Mesa, WA 99343


Day Wireless Systems
P.O. Box 22169
Milwaukie, OR 97269


Department of Agriculture
PO Box 42591
Olympia, WA 98504-2591


Department of Ecology
Cashering Unit
PO Box 47611
Olympia, WA 98504-7611


Department of Fish & Wildlife
Natural Resources Building
1111 Washington St. SE
Olympia, WA 98501


Department of Health
P.O. Box 1099
Olympia, WA 98507-1099


Department of Justice
United States Attorney's Office
Eastern District of Washington
PO Box 1494
Spokane, WA 99210-1494

DOCS_LA:335832.1 20375/002                    20

21-00176-WLH11    Doc 1    Filed 02/08/21    Entered 02/08/21 12:57:12    Pg 41 of 88
Rabo AgriFinance LLC's Statement of                    Exhibit 1
Material Facts Not in Dispute - 52

Department of Labor & Industries
Collections
P.O. Box 44171
Olympia, WA 98504-4171


Department of Labor & Industry
P.O. Box 24106
Seattle, WA 98124-6524


Department of Licensing
P.O. Box 9228
Olympia WA 98507-9228


Department of Licensing
Franklin County
PO Box 1451
Pasco, WA 99301-1223


Department of Natural Resource
Financial Mgmt Division
PO Box 47041
Olympia, WA 98504-7041


Department of Revenue
Bankruptcy/Claims Unit
2101 4th Ave #1400
Seattle, WA 98121-2300


Department of the Treasury
Internal Revenue Service
Cincinnati, OH 45999-0009

Rabo AgriFinance LLC's Statement of                    Exhibit 1
Material Facts Not in Dispute - 53

Desert Springs Bottled Water Company, LLC
PO Box 273
Echo, OR 97826


Dish
PO Box 7203
Pasadena CA 91109-7303


Diversified Financial Service
14010 FNB Parkway
Suite 400
Omaha, Nebraska   68154


Diversified Financial Services, LLC
14010 FNB Parkway, 400
Omaha, NE 68154


DLL Finance LLC
P.O. Box 2000
Johnston IA 50131-0020


DLL Finance LLC
PO Box 2000
Johnston, IA 50131-0020


DOL/Franklin Co Auditor
Vehicle Licensing
P.O. Box 1451
Pasco, WA 99301-1451

Rabo AgriFinance LLC's Statement of                Exhibit 1
Material Facts Not in Dispute - 54

Double L Manufacturing Co
PO Box 488
Burley ID 83318

Double T Ltd.
1243 Reser Road
Walla Walla, WA 99362

DTN Corporation
26385 Network Place
Chicago, IL 60673-1263

Duli Farms, Inc.
Duane Lipps
2870 N Coulee Rd
Eltopia WA 99330

Dykman Electrical, Inc.
2323 Federal Way
Boise, ID 83705

East Columbia Basin Irrigation District
P.O. Box E
Othello, WA 99344

Easterday Diesel & Mfg
51 Bellflower Rd
Mesa, WA 99343

Easterday Farms Dairy
LLC 5235 N Industrial Way
Pasco WA 99301

Rabo AgriFinance LLC's Statement of
Material Facts Not in Dispute - 55                          Exhibit 1

Easterday Farms, a Washington general partnership
c/o T. Scott Avila
Peter Richter
5235 Industrial Way
Pasco, WA  99301

Eastern Oregon Environmental Recovery LLC
1410 SE Byers Ave
Pendleton, OR 97801

Eastside Electric
3712 Flora Road
Spokane, WA 99216

EBE Farms LLC
8270 Sunrise Road
Custer, WA 98240

ECS Northwest LLC
P.O. Box 4180
Pasco, WA 99302-4180

E-E Petty Farms
5241 Alder Road
Pasco, WA 99301

Elite Seed Inc.
5330 Glade N Rd
Pasco, WA 99301

Rabo AgriFinance LLC's Statement of
Material Facts Not in Dispute - 56                                Exhibit 1

Eltopia Irrigation LLC
481 E Sagemoor Rd
Pasco, WA 99301


Empire Rubber & Supply Co.
P.O. Box 14950
Portland, OR  97214-0950


Employment Security Collections
P.O. Box 24928
Seattle, WA 98124-0928


Employment Security Department
UI Tax Admin
P.O. Box 9046
Olympia, WA 98507-9046


Employment Security Dept
 P.O. Box 34467
Seattle, WA 98124-1467


English Hay Company,Inc.
510 Bellflower Rd
Mesa, WA 99343


Enrique Cervantes
1601 E 3rd Ave
Kennewick, WA 99337

Rabo AgriFinance LLC's Statement of                    Exhibit 1
Material Facts Not in Dispute - 57

Ensz Enterprises LLC
1540 Filbert Rd
Othello, WA 99344


Enumclaw Insurance Group
P.O. Box 34983
Seattle, WA 98124-1983


Epic Aviation, LLC
P.O. Box 12249
Salem, OR 97309


EPL Feed
LLC P.O. Box 99
Sumas, WA 98295


Equitable Agrifinance
JP Morgan Chase
131 S Dearborn
6th Floor
Chicago, IL 60603


Etter, McMahon & Lamberson
Attorneys
618 West Riverside Avenue
Ste 210
Spokane, WA 99201


Falcon Insurance Agency
P.O. Box 1000
Upland, CA 91785

Rabo AgriFinance LLC's Statement of                    Exhibit 1
Material Facts Not in Dispute - 58

Fall Line Financial
Fall Line Capital
119 South B St., Suite B
San Mateo, CA 94401


Farb Farms
3760 E Seltice Way
Post Falls, ID 83854


Farm & Home Hardware
50 N Canal Blvd
Mesa WA 99343


Farm Credit Services of America, PCA
PO Box 2409
Omaha, NE 68103


Farm Service Agency
415 Wine Country Road
Prosser, WA 99350-1444


Fastenal Company
PO Box 1286
Winona, MN 55987-1286


Ferguson Enterprises, Inc.
P.O. Box 847411
Dallas, TX 75284-7411


Ferrellgas
P.O. Box 173940
Denver, CO 80217-3940

Rabo AgriFinance LLC's Statement of
Material Facts Not in Dispute - 59                          Exhibit 1

Fikes Northwest, Corp
13401 East Trent  Ave
Spokane Valley, WA 99216


Filter Clean Recycling LLC
3311 NE 101st Court
Vancouver, WA 98662


Finley Buttes Landfill
PO Box 350
Boardman, OR 97818


FLF Columbia, LLC
119 South B Street
San Mateo, CA 94401


FLF Thunder Ridge, LLC
119 South B Street
San Mateo CA 94401


Francotyp-Postalia,Inc
P.O. Box 157
Bedford Park, IL 60499-0157


Franklin County Clerk
1016 N 4th Ave #B306
Pasco, WA 99301

Rabo AgriFinance LLC's Statement of
Material Facts Not in Dispute - 60

Exhibit 1

Franklin County PUD
P.O. Box 2407
Pasco, WA  99302

Franklin County Treasurer
1016 North 4th
Pasco, WA. 99301

Franklin County Treasurer
1016 N. 4th Avenue
Pasco, WA 99301

Freedom Truck Center
10310 Westbow
Spokane, WA 99224

FreedomCare Insurance Company
8918 Spanish Ridge Avenue
Ste 200
Las Vegas, NV 89148

Freeman Farms LLC and
Wheatland Bank
1085 S Athey Rd
Othello, WA 99344

Freese Memorial Ltd
Barbara Jolly
P.O. Box 63
Ritzville, WA 99169

Rabo AgriFinance LLC's Statement of                                    Exhibit 1
Material Facts Not in Dispute - 61

Freese-Roberts
Dena Roberts
1807 184th Ave NE
Bellevue, WA 98008


Frontier
PO Box 740407
Cincinnati OH 45274-0407


Frontier Fence Inc.
2516 N Commercial Ave
Pasco, WA 99301


Frontier Lubricants
P.O. Box 1777
Lodi, CA 95241


Frontier Seed
6601 Road 170
Mesa, WA 99343


G & R Ag Products
P.O. Box 340
Caldwell ID 83606


G&L Custom Application
PO Box 610
Umatilla, OR 97882


Gary W. Dyer
Assistant U.S. Trustee
U.S. Department of Justice

Rabo AgriFinance LLC's Statement of                    Exhibit 1
Material Facts Not in Dispute - 62

Office of the United States Trustee
920 W. Riverside Ave., Suite 593
Spokane, WA   99201


Giesbrecht & Sons LLC
1061 Hollingsworth
Basin City, WA 99343


Gowan Seed Company
PO Box 190
Chualar, CA 93925


Grainger
Dept 583-808012744
Palatine, IL  60038-0001


Granite Farms, LLC
3866 Hanson Loop Rd
Burbank, WA 99323


Granular, Inc.
Dept LA 24587
Pasadena, CA 91185-4587


H & R Engineering LLC
1975 Rock Ledge Dr NE
Keizer, OR 97303


H.D. Fowler Company
P.O. Box 84368
Seattle, WA 98124-5668

Rabo AgriFinance LLC's Statement of
Material Facts Not in Dispute - 63

Exhibit 1

Hach Company
2207 Collections Center Drive
Chicago, IL 60693


Hagerman, Inc.
82891 Bud Draper Drive
Umatilla, OR 97882


Harbor Freight Tools Co
P.O. Box 748076
Los Angeles, CA 90074-8076


Hatton Homes
6119 W Pearl St
Pasco, WA 99301


Hermiston Auto Parts.
200 S 1st Place Unit 2
Hermiston OR 97838


Hermiston Dodge
81143 N Highway 395
Hermiston, OR 97838


Hermiston Home Center
PO Box 905
Hermiston OR 97838

Rabo AgriFinance LLC's Statement of                          Exhibit 1
Material Facts Not in Dispute - 64

Hermiston Payless Lumber
80458 US 395
Hermiston OR 97838

Home Depot Commercial Credit
PO Box 9001043
Louisville, KY 40290-1043

Honda Yamaha Cycletown
P.O. Box 946
Hermiston OR 97838

House of Auto Parts & Paint
2307 East Lewis Street
Pasco, WA 99301

Humana Insurance Company
P.O. Box 4600
Carol Stream IL 60197-4600

Husk Office Supply & Furniture
P.O. Box 2881
Pasco, WA 99301

IBS, Inc.
P.O. Box 1717
Auburn, WA 98071-1717

Idaho Rangeland Resource
P.O. Box 126
Emmett, ID 83617

Rabo AgriFinance LLC's Statement of                    Exhibit 1
Material Facts Not in Dispute - 65

Idaho State Brand Inspector
Caldwell Brand Office
PO Box 206
Caldwell, ID 83606


Idaho State Seed Lab
PO Box 7249
Boise, ID 83707


Imco Interstate Mfg
231 West 50 South
Rupert, ID 83350


In Touch GPS
PO Box 425
Lakeland, FL 33802


Industrial Ventilation, Inc
723 E Karcher Rd
Nampa, ID 83687


Ingersoll-Rand
15768 Collections Center Drive
Chicago IL 60693


Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

Rabo AgriFinance LLC's Statement of                    Exhibit 1
Material Facts Not in Dispute - 66

International Belt & Rubber Supply
4132 B Place NW
Auburn, WA 98001-2445


Irrigation Specialists Inc
P.O. Box 2544
Pasco, WA 99302


IRZ Consulting LLC
500 N 1st Street
Hermiston OR 97838


Isaacs & Associates, Inc.
3380 E. Isaacs Avenue
Walla Walla, WA  99362


Isidro Cruz
NW Compost
26395 Rd U SW
Mattawa, WA 99349


ITC Services
4172 N Frontage Rd E
Moses Lake, WA 98837


J and L Hydraulics
1120 W. Lewis St
Pasco, WA 99301


Jay Michel
5311 Montpelier Place
Pasco, WA 99301

Rabo AgriFinance LLC's Statement of                                    Exhibit 1
Material Facts Not in Dispute - 67

JD Aircraft
4218 Stearman Ave
Tri-Cities Airport
Pasco, WA 99301


JD Quality Truck Repair
1210 S Grey Ave.
Pasco, WA 99301


Jim Thornton
JC Farms
644 Wahluke Rd
Mesa, WA 99343


Jimmy's Johns Portable Toilets LLC
PO Box 939
Umatilla, OR 97882


Jim's Pacific Garages, Inc
2708 N. Commercial
Pasco, Wa 99301


John Deere Financial Farm Plan
P.O. Box 4450
Carol Stream, IL 60197-4450


Jones Truck & Implement
425 Walla Walla Hwy
Colfax WA 99111

Rabo AgriFinance LLC's Statement of                    Exhibit 1
Material Facts Not in Dispute - 68

Jose Cardenas
Pacific Northwest Pressure Washing Svc
PO Box 2057
Pasco, WA 99302


JTT Farms
Joel Tuttle
6701 Eltopia West Rd
Eltopia, WA 99330


JUB Engineers Inc.
2810 West Clearwater Ave
Ste 201
Kennewick, WA 99336


K2 Aerial Applications, LLC
PO Box 390
Echo, OR 97826


Kaman Industrial Tech
P.O. Box 74566
Chicago, IL 60690


Keithly-Williams Seeds
5702 W Co 8 1/2 Street
Yuma,  AZ 85364


Kennewick Game Farm, LLC
228812 E Game Farm Road
Kennewick, WA 99337

Rabo AgriFinance LLC's Statement of                    Exhibit 1
Material Facts Not in Dispute - 69

Kennewick Game Farm, LLC
228812 E. Game Farm Road
Kennewick, WA 99337

Kennewick Industrial Supply
113 E. Columbia Dr.
Kennewick, WA 99336-3786

Kennewick Ranch & Home Inc.
845 Columbia Center Blvd
Kennewick, WA 99336

Kent Legacy, LLC
12266 N 10,000 W
Bothwell Utah 84337

Kenworth Sales Company
Dept 001
PO Box 27088
Salt Lake City, UT 84127-0088

Kimball Midwest
Dept L-2780
Columbus, OH 43260-2780

King City Truck Stop
2100
E. Hillsboro
Pasco, WA 99301

DOCS_LA:335832.1 20375/002                    38

21-00176-WLH11    Doc 1    Filed 02/08/21    Entered 02/08/21 12:57:12    Pg 59 of 88
Rabo AgriFinance LLC's Statement of                              Exhibit 1
Material Facts Not in Dispute - 70

Klaustermeyer Farms
4900 Hollingworth Rd
Basin City, WA 99343


Kootenai County Treasurer
P.O. Box 6700
Coeur D'Alene, ID  83816-6700


Kuo Testing Labs, Inc.
119 E Main St
Othello, WA 99344


Labor Plus Solutions
PO Box 1327
Pasco WA 99301


Lad Irrigation Company, Inc.
P.O. Box 880
Moses Lake, WA  98837


Lake Seed, Inc.
35822 Spring Creek Rd
Ronan, MT 59864


Lamb Weston Inc.
PO Box 1900
Pasco, WA 99302


Larry Olberding
11530 Coyan Rd
Connell, WA 99326

Rabo AgriFinance LLC's Statement of                                    Exhibit 1
Material Facts Not in Dispute - 71

Layne Of Washington, Inc.
P.O. Box 610
Pasco, WA 99301


LeFore Honey Farms
84760 Hwy 339
Milton-Freewater OR 97862


Levi Wieseler &
NW Farm Credit Services
3470 Astoria Rd
Mesa, WA 99343


Liquid Ag Solution, LLC
312 Fir Lane
Pasco, WA 99301


Lithia Dodge
PO Box 4186
Portland OR 97208-4186


Lourdes Occupational Health Center
P.O. Box 94331
Seattle, WA 98124


Lowe's
P.O. Box 530954
Atlanta, GA 30353-0954

Rabo AgriFinance LLC's Statement of                    Exhibit 1
Material Facts Not in Dispute - 72

LTM Investments LLC
P.O. Box 88028
Tukwila, WA 98138


LTM Investments LLC
PO Box 88028
Tukwila, WA 98138


Lyle and Sharla Marshall
1953 Columbia Rd
Mesa, WA 99343


M & L Contractor LLC
610 W Lewis St
Pasco, WA 99301


M & M Bolt Co.
1315 N Oregon Ave Unit 101
Pasco, WA  99301


Mack Financial Services
P.O. Box 7247-0236
Philadelphia, PA 19170-0236


Mascott Equipment Company
200 S 20th Ave
Pasco, WA 99301


McCurley Chevrolet
P.O. Box 2698
Tri-Cities, WA 99302

Rabo AgriFinance LLC's Statement of                Exhibit 1
Material Facts Not in Dispute - 73

Mechanics Bank (Rabo)
P.O. Box 6010
Santa Maria, CA 93456-6010


Mid Columbia Forklift, Inc
2605 N Commercial Ave
Pasco, WA 99301


Mid Valley Ford
201 NE Polk Station Road
Dallas, OR 97338


Midland Equipment Finance
7700 Bonhomme Avenue
Ste 300
Clayton, MO 63105


Mighty John's Portable Toilets
P.O. Box 5481
Kennewick, WA 99336


Mike Para
P.O. Box 369
Othello, WA 99344


Mike Pink
16415 N
Glade Mesa, WA 99343

Rabo AgriFinance LLC's Statement of                    Exhibit 1
Material Facts Not in Dispute - 74

Miller's Farm Services Inc.
29 E 500 N
Sharpsville, IN 46068


Milne Nail Power Tool Repair
1303 West Lewis St
Pasco, WA 99301


Mobile Fleet Service
2003 East Viola Avenue
Yakima, WA 98901


Monarch Machine & Tool Co.
P.O. Box 810
Pasco, WA 99301


Monson Fruit Company
252 N Rushmore
Selah, WA 98942


Monster Cloud LLC
1119A S21st Ave
Hollywood, FL 33020


Morrow County Fair
PO Box 464
Heppner, OR 97836


Morrow County FSA
PO Box 786
Heppner, OR 97836

Rabo AgriFinance LLC's Statement of
Material Facts Not in Dispute - 75                              Exhibit 1

Morrow County Grain Growers
PO Box 367 L
Lexington, OR 97839


Moses Lake Auto Wrecking, Inc.
P.O. Box 1002
Moses Lake, WA 98837


Moses Lake Steel
1502 W Broadway Ave
Moses Lake, WA 98837


Moss Farms
301 Scott Ave Suite 2
Rupert, ID 83350


Mountain View Equipment Company
521 Midvale Rd Ste B
Sunnyside, WA  98944


Mount's Locksmith & Engraving
415 West 1st
Kennewick, WA 99336


MSC Industrial Supply Co
PO Box 953635
St. Louis MO 63195-3635


Murphy & Buchal LLP
3425 SE Yamhill Street

DOCS_LA:335832.1 20375/002    44

21-00176-WLH11    Doc 1    Filed 02/08/21    Entered 02/08/21 12:57:12    Pg 65 of 88
Rabo AgriFinance LLC's Statement of
Material Facts Not in Dispute - 76    Exhibit 1

Ste 100
Portland OR 97214

Mutual of Enumclaw Insurance
PO Box 34983
Seattle, WA 98124-1983

Nash Contracting LLC
33358 Stage Gulch Road
Stanfield OR 97875

Nationwide Trust Company, FSB
P.O. Box 183046
Columbus, OH 43218-3046

Navigate Wireless
2809 W Clearwater Ave
Kennewick WA 99336

NCL Truck Sales, Inc.
330 E Commerce St Ste 97
Bridgeton, NJ 08302

Newhouse Mfg. Co.
1048 N 6th St
Redmond, OR 97756

Nick Desmarais Excavation
P.O. Box 1060
Connell, WA 99326

Rabo AgriFinance LLC's Statement of
Material Facts Not in Dispute - 77

Exhibit 1

Noland Door Company
30472 Oldfield St
Hermiston, OR 97838


Norco - Othello
25 E Main
Othello, WA 99344


Norco
PO Box 413124
Salt Lake City, UT 84141-3124


North Coast Electric Co
P.O. Box 748177
Los Angeles, CA 90074-8177


North Wind Aviation LLC
PO Box 518
Chelan, WA 98816


Northstar Clean Concepts Hotsy
633 N Helena Street
Spokane, WA 99202


Northwest Compost LLC
26395 Road U SW
Mattawa, WA 99349


Northwest CPA Group
1333 Columbia Park Trail

Rabo AgriFinance LLC's Statement of                    Exhibit 1
Material Facts Not in Dispute - 78

Ste 210
Richland, WA 99352


Northwest Equipment Sales
2405 S Janeen Street
Boise, ID 83709


Northwest Leasing
2405 S Janeen St
Boise, ID 83709


Northwest Linings & Geotextile Products
20824 77th Avenue South
Kent WA 98032-1360


Northwest Nema-Lab Inc.
1226 Playfield Ave
Prosser, WA 99350


Northwest Pump & Equipment Co.
2800 NW 31st. Ave.
Portland, OR 97210


Northwest Tiller II, LLC
P.O. Box 10932
Yakima, WA 98909


Novus Windshield Repair
PO Box 3877
Seattle, WA 98124

Rabo AgriFinance LLC's Statement of                    Exhibit 1
Material Facts Not in Dispute - 79

Nunhems USA, Inc
Attn: Credit Department
1200 Anderson Corner Road
Parma, ID 83660


Nutrien Ag Solutions
2624 Rd N NE
Moses Lake, WA 98837


NW Mixer Feeders
PO Box 326
Caldwell ID 83606


NW Retirement Plan Consultants, LLC
901 Powell Ave SW
Suite 101
Renton, WA 98057


Odessa Trading Co
Ag Tech Services
1102 W 1st Ave
Ritzville, WA 99169


Office of the Attorney General
Bankruptcy & Collections Unit
800 Fifth Avenue Suite 2000
Seattle, WA 98104


Office of the Attorney General
Bankruptcy & Collections Unit
800 Fifth Avenue Suite 2000
Seattle, WA 98104

Rabo AgriFinance LLC's Statement of                    Exhibit 1
Material Facts Not in Dispute - 80

Oil Re-Refining Company
4150 N Suttle Rd
Portland, OR 97217


Olberding Seed
P.O. Box 2446
Pasco, WA 99301


Oregon Department of Agriculture
PO Box 4395, Unit 17
Portland, OR 97208-4395


Oregon Department Of Revenue
P.O Box 14950
Salem, OR 97309-0950


Oregon Department of Transportation
1905 Lana Avenue NE
Salem, OR 97314


Othello Ace Hardware
23 S Wenatchee Ave
Ste 121D
Wenatchee, WA 98801


Othello Auto Parts
1175 S. 1st Ave
Othello, WA 99344

Rabo AgriFinance LLC's Statement of                    Exhibit 1
Material Facts Not in Dispute - 81

Othello Welding
2680 So Broadway
Othello, WA 99344


Oxarc
P.O. Box 2605
Spokane, WA 99220-2605


Oxbo International Corporation Dept
No 478 PO Box 8000
Buffalo, NY 14267


Pacific Plastics, Inc.
PO Box 3447
Arlington, WA 98223


Pacific Recycling
P.O. Box 6874
Kennewick, WA 99336


Pacific Steel
P.O. Box 3035
Pasco, WA 99302-3035


Paladin Management Group
533 West Fifth Street 28th Floor
Los Angeles CA 90071


Pape Machinery, Inc
P.O. Box 35144  #5077
Seattle, WA 98124-5144

Rabo AgriFinance LLC's Statement of                                Exhibit 1
Material Facts Not in Dispute - 82

Paradise Bottled Water Co
6202 W Deschutes Ave
Kennewick, WA 99336


Parma Company
P.O. Box 190
Parma, ID 83660


Parr Lumber Company
PO Box 2690
Portland OR 97208-2690


Pasco Auto Parts-Napa
1724 W Lewis St
Pasco, WA 99301


Pasco Auto Wrecking, Inc
3602 East A ST.
Pasco, WA  99301


Pasco Machine Co, Inc.
518 W Columbia St
Pasco, WA 99301


Pasco Rentals, Inc
P.O. Box 2067
Pasco, WA 99302

Rabo AgriFinance LLC's Statement of                                    Exhibit 1
Material Facts Not in Dispute - 83

PHI Financial Services
P.O. Box 733260
Dallas, TX 75373-3260

PHI Financial Services, Inc.
7100 NW 62nd Ave.
P.O. Box 1050
Johnston, IA 50131-1050

Phil Michel
1250 S 58th Ave West
Richland, WA 99353

Pink Farms LLC and
Washington Trust Bank
16415 N Glade
Mesa, WA 99343

Pioneer Metal Works, Inc.
512 F St SE
Quincy, WA 98848

PocketiNet Communications Inc.
2919 Isaacs Ave
Walla Walla, WA 99362

Port of Pasco
P.O. Box 769
Pasco, WA 99301

Rabo AgriFinance LLC's Statement of
Material Facts Not in Dispute - 84
Exhibit 1

Premera Blue Cross
P.O. Box 91060
Seattle, WA 98111


Premium Seed
3270 E 17th St #118
Ammon ID 83406


Pro Auto Glass
Oscar Muniga
1351 Wyman Street
Richland, WA 99354


Pro Star Ventures
PO Box 330
Gothenburg, NE 69138


Professional Benefit Services, Inc.
1193 Royvonne Ave SE #22
Salem, OR 97302


Prudential Finance
2998 Douglas Blvd Ste 225
Roseville, CA 95661


Quill Corporation
P.O. Box 37600
Philadelphia, PA 19101-0600


Rabo Agrifinance
P.O. Box 790077
Saint Louis, MO 63179-0077

Rabo AgriFinance LLC's Statement of                    Exhibit 1
Material Facts Not in Dispute - 85

Rabo Agrifinance, Inc.,
12443 Olive Blvd, Suite 50
St. Louis, MO 63141

Rabo Agrifinance, Inc.,
as Collateral Agent
P.O. Box 411995
St. Louis, MO 63141

Rabo Bank Visa Card
Cardmember Service
PO Box 790408
St Louis MO 63179-0408

Rangeview Ag Labor LLC
PO Box 547
Othello, WA 99344

Rashco
P.O. Box 1141
Moses Lake, WA 98837

RDO Equipment Co.
P.O. Box 2445
Pasco, WA  99302

RDO Equipment Co.
1415 S. 1st Ave.
Othello, WA 99344

Rabo AgriFinance LLC's Statement of               Exhibit 1
Material Facts Not in Dispute - 86

RDO Equipment Co.
700 S. 7th Street
Fargo, ND 58103


RDO Equipment Finance Co
PO Box 2745
Fargo, ND 58108-2745


RDO Financial Services
P.O. Box 6229
Carol Stream, IL 60197-6229


Rexel USA Inc
dba Platt Electric
P.O. Box 418759
Boston, MI 02241-8759


River Tech Irrigation
80568 Hwy 395 N
Hermiston, OR 97838


Roger Danz
380 Palmer Drive
Mesa, WA 99343


Rogers Surveying, Inc.
1455 Columbia Park Trail
Ste 201
Richland, WA 99352

Rabo AgriFinance LLC's Statement of                              Exhibit 1
Material Facts Not in Dispute - 87

S.S. EQ. Inc.
Pasco New Holland
P.O. Box 967
Pasco WA 99301


SAIF 2
Centerpointe Drive Ste 400
Lake Oswego, OR 97035


Sanitary Disposal, Inc.
Box 316
Hermiston, OR 97838-0316


SAS Auto Electric
2810 W 10th
Kennewick, WA 99336


Schreiner-Tuttle Farms
11701 Road 170
Basin City, WA 99343


Secretary of State
Corporation Division
255 Capitol Street NE
Ste 151
Salem, OR 97310-1327


Segale Properties
P.O. Box 88028
Tukwila, WA 98138-2028

Rabo AgriFinance LLC's Statement of
Material Facts Not in Dispute - 88

Exhibit 1

Shaw Horn Rapids, LLC
3019 Duportail ST #312
Richland, WA 99352


Shayne Carlisle Concrete
4705 W Octave
Pasco, WA 99302


Shelco Electric
P.O. Box 25
Hermiston, OR 97838


Sherwin Williams Co
2518 W Kennewick Ave
Kennewick, WA 99336


Signs By Sue
1215 S 10th Ave
Pasco, WA 99301


Simplot Grower Solutions
PO Box 1089
Umatilla, OR 97882


Simplot Grower Solutions
P.O. Box 108
Umatilla, OR 97882


Simplot Mesa
100 1st Ave
Mesa WA 99343

Rabo AgriFinance LLC's Statement of          Exhibit 1
Material Facts Not in Dispute - 89

Sineco Construction LLC
79544 Powerline Rd
Hermiston OR 97838

Six States Distributors Inc.
TruckPro LLC Six States
28534 Network Place
Chicago, IL 60673-1285

Skone Irrigation & Supply LLC
1304 E Hillsboro
Pasco, WA 99301

Smith Equipment & Welding
P.O. Box 625
Prineville, OR 97754

Smitty's Ace Hardware
1845 N First Avenue
Hermiston, OR 97838

SMK Tri-Cities
P.O. Box 2548
Pasco, WA 99302-2548

So. Col Basin Irrigation Dist
P.O. Box 1006
Pasco, WA 99301

DOCS_LA:335832.1 20375/002                    58

21-00176-WLH11    Doc 1    Filed 02/08/21    Entered 02/08/21 12:57:12    Pg 79 of 88
Rabo AgriFinance LLC's Statement of                                  Exhibit 1
Material Facts Not in Dispute - 90

Sprague Pest Solutions
P.O. Box 2222
Tacoma, WA 98401


St Johns Truck & Equip Repair
8435 N Crawford
Portland, OR 97203


Star Rentals & Sales
P.O. Box 3875
Seattle, WA 98124-3875


Star Touch Wireless Internet
454 W Stuart
Bellingham, WA 98226


Starco Manufacturing
P.O. Box 476
Casper, WY 82602


State of Idaho
Over Legal Dept
P.O. Box 34
Boise, ID 83731


State of Washington
Dept of Revene
P.O. Box 34051
Seattle, WA 98124-1051

Rabo AgriFinance LLC's Statement of                                    Exhibit 1
Material Facts Not in Dispute - 91

Sun Basin Operations-CHS
P.O. Box 608
Quincy, WA 98848


Sun Life Financial
P.O. Box 807009
Kansas City MO 64184-7009


Sun Rain Varieties LLC
1210 Pier View Dr.
Idaho Falls, ID 83402


Sun Rental
1351 Dalles Military Road
Walla Walla, WA 99362


Sunbelt Rentals
P.O. Box 409211
Atlanta GA 30384-9211


SunBelt Transplants, Inc.
3001 S Airport Rd.
Buckeye, AZ 85326


SunRay Farms LLC
PO Box 776
Royal City, WA 99357


Sussman Shank
1000 SW Broadway
Ste 1400
Portland, OR 97205

60

Rabo AgriFinance LLC's Statement of
Material Facts Not in Dispute - 92

Exhibit 1

Tacoma Screw Products, Inc.
2001 Center Street
Tacoma, WA 98409-7895


Tank Max Inc.
1206 E Lytle St
Pasco, WA 99301-4310


Teton West of Washington, LLC
5806 N Industrial Way Suite B
Pasco, WA 99301


The Hartford Group
Benefits Division
P.O. Box 783690
Philadelphia, PA 19178-3690


The McGregor Company-OR
PO Box 740
Colfax, WA  99111-0740


The Prudential Insurance Company of America
2100 Ross Avenue, Suite 2500
Dallas, TX 75201


TICO Farms, Inc
Ivan Taylor
8581 Road 170
Mesa, WA 99343

Rabo AgriFinance LLC's Statement of                                    Exhibit 1
Material Facts Not in Dispute - 93

Transport Equipment, Inc
5615 East 3rd Ave
Spokane, WA 99212


Tri City Truck Parts
3275 Travel Plaza Way
Pasco, WA 99301


Tri-Cities Battery
5900 W Clearwater
Kennewick, WA 99336


Tri-Cities Cycle Supply, Inc.
504 E Columbia Drive
Kennewick, WA 99336


Tri-Cities Diesel Injection
707 S Oregon Ave
Pasco, WA 99301


Triple M Truck & Equipment
77765 Westland Road
Hermiston OR 97838


Tri-State Seed
P.O. Box 1229
Connell, WA 99326


Trust Account of Etter, McMahon, et al.
618 W Riverside Ave #210
Spokane, WA 99302

Rabo AgriFinance LLC's Statement of                    Exhibit 1
Material Facts Not in Dispute - 94

Twin City Metals, Inc.
P.O. Box 6484
Kennewick, WA 99336


Two Rivers Terminal, LLC
P.O. Box 2327
Pasco, WA 99302-2327


Tyco, Inc.
3720 E. Broadway
Moses Lake, WA  98837


U.S. Bank
P.O. Box 790408
St Louis, MO 63179-0408


U.S. Linen 1106
Harding St
Richland, WA 99352


U.S. Treasury
Secretary of the Treasury
1500 Pennsylvania Ave. NW
Washington, DC 20220


Umatilla Electric Company
PO Box 1148
Hermiston, OR 97838

Rabo AgriFinance LLC's Statement of          Exhibit 1
Material Facts Not in Dispute - 95

United States Attorney's Office
Attn: Bankruptcy Assistant
U.S. Courthouse
700 Stewart St., Room 5220
Seattle, WA 98101


US Bank
P.O. Box 790408
St Louis, MO 63179-0408


US Bank
P.O. Box 1800
Saint Paul, MN 55101-0800


US Cellular
Dept 0205
Palatine, IL 60055-0205


UX Bank National Association
555 S.W. Oak Street
PD-OR-P7LD
Portland, OR 97204


Verizon Wireless
P.O. Box 660108
Dallas, TX 75266-0108


VFS US LLC
PO Box 26131
Greensboro, NC 27402

Rabo AgriFinance LLC's Statement of                    Exhibit 1
Material Facts Not in Dispute - 96

Walker Gravel
16357 Hendricks Rd
Othello, WA 99344


Ward Brothers Inc.
1531 Ironwood Rd
Eltopia, WA 99330


Washington Trust Bank
Lukins & Annis
Trevor R. Pincock, Esq.
1600 Washington Trust Financial Center
717 W. Sprague Avenue
Spokane, WA 99201-0466


Washington Trust Bank
W. Benjamin Cox
Kennewick Financial Center
3250 West Clearwater
Kennewick, WA 99336


Washington Trust Bank
W. Benjamin Cox
PO Box 2127
Spokane, WA 99210-2127


Washington Trust Bank
W. Benjamin Cox
PO Box 2127
Spokane, WA 99210-2127

Rabo AgriFinance LLC's Statement of                    Exhibit 1
Material Facts Not in Dispute - 97

Water Changers, Inc.
P.O. Box 1125
Madera, CA 93639


Water Solutions LLC
2311 S Lyle St
Kennewick WA 99337


Wentland Diesel Service
85641 Winesap Rd
Milton-Freewater, OR 97862


Western Integrated Technologies
P.O. Box 749748
Los Angeles, CA 90074-9748


Western Peterbilt, Inc.
GWP Holdings, LLC
P.O. Box 35144 #1022
Seattle, WA 98124-5144


Western States
P.O. Box 3805
Seattle, WA 98124-3805


Western Trailers
6214 E Broadway Ave
Spokane, WA 99212


Weyns Farms LLC
8289 Kulm Road SE
Othello, WA 99344

Rabo AgriFinance LLC's Statement of
Material Facts Not in Dispute - 98                                    Exhibit 1

WFI Precision Plant
3505 Adams Rd S
Quincy, WA 98848


Widner Consulting, LLC
PO Box 452
Haines, OR 97833


Wilbur-Ellis Company LLC
P.O. Box 675023
Dallas, TX 75267-5023


Yokohama Tire Corporation
P.O. Box 31001-2137
Pasadena, CA 91110-2137


Ziply Fiber
PO Box 740416
Cincinnati OH 45274-0416

Rabo AgriFinance LLC's Statement of                                    Exhibit 1
Material Facts Not in Dispute - 99