AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

RABO AGRIFINANCE LLC, a Delaware limited liability company, fka Rabo Agrifinance, Inc.,
Plaintiff )
*Plaintiff* )
v. )
KAREN EASTERDAY, both individually and as personal representative of the Estate of Gale Easterday, deceased; CODY EASTERDAY, an individual and the spouse of Debby Easterday; DEBBY EASTERDAY, an individual and the spouse of Cody Easterday; and JODY EASTERDAY, an individual,
*Defendant*

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 07, 2022

SEAN F. McAVOY, CLERK

Civil Action No.  4:21-CV-05066-SAB

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Defendant Jody Easterday's Motion for Partial Summary Judgment, ECF NO. 38, is GRANTED.
Defendant Karen Easterday's Motion for Joinder, ECF No. 46, is GRANTED.
Plaintiff's second claim for judicial foreclosure is dismissed, with prejudice.
Judgment entered in favor of Defendants and against Plaintiff on Plaintiff's second claim or judicial foreclosure.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  STANLEY A. BASTIAN  on a motion for partial summary judgment.

Date:  9/7/2022

*CLERK OF COURT*

SEAN F. McAVOY

s/ Tonia Ramirez
*(By) Deputy Clerk*

Tonia Ramirez