AO 450 (Rev. 11/11) Judgment in a Civil Action

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 17, 2022

SEAN F. McAVOY, CLERK

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

RABO AGRIFINANCE LLC

*Plaintiff*

v.

KAREN EASTERDAY, CODY EASTERDAY, DEBBY EASTERDAY, JODY EASTERDAY

*Defendant*

Civil Action No. 4:21-cv-05066-SAB

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☑ other: Judgment is entered in favor of Karen Easterday (individually and as personal representative of the estate of Gale Easterday), Debby Easterday and Cody Easterday and against Plaintiff on Plaintiff's first claim for relief (contract and general partner liability).
Judgment is entered in favor of Plaintiff's first claim for relief (contract and individual liability) and against Cody Easterday in the amount of $995,715.33 (unpaid principal) and $44,224.74 (non-default contractual interest to February 7, 2021) and interest at the default rate of twenty-one percent (21%) per annum on the unpaid balance from February 7, 2021 until the entry of this judgment ($606.630 per day). Cody Easterday is entitled to a set-off against this money judgment in the amount of such funds, if any, that Plaintiff actually receives under the confirmed plan from the Easterday Farms Bankruptcy (Bankruptcy Case No. 21-00141-001 (WLH) proceedings.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Chief Judge Stanley A Bastian

Date: 11/17/2022

CLERK OF COURT

SEAN F. McAVOY

s/ Brian Molony
*(By) Deputy Clerk*

Brian Molony