1
2
3
4
5
6
7
8    IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF
         WASHINGTON, RICHLAND DIVISION
9
10   RABO AGRIFINANCE LLC, a Delaware
     limited liability company, fka Rabo                Civil Case No.  21-CV-05066
11   Agrifinance, Inc.,
12
            Plaintiff / Counterclaim-Defendant,
13                                                      **SATISFACTION OF**
                                                        **JUDGMENT**
14       v.

15   KAREN EASTERDAY, as an individual, as
     the personal representative of the estate of
16   Gale Easterday, deceased, and the marital
     community of Karen Easterday and Gale
17   Easterday; CODY EASTERDAY and
     DEBBY EASTERDAY, individually and the
18   marital community thereof; and JODY
     EASTERDAY, individually and the marital
19   community of Jody Easterday and Andrew H.
     Wills,
20
21          Defendants / Counterclaim-Plaintiffs.
22
23
24
25

Satisfaction of Judgment

DAVIDSON  BACKMAN  MEDEIROS
ATTORNEYS AT LAW

1550 BANK OF AMERICA FINANCIAL CENTER
601 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201
FACSIMILE: (509) 623-1660
(509) 624-4600

Plaintiff Rabo Agrifinance, LLC ("**Rabo**") and Defendants, Karen Easterday (individually and as the representative of the estate of Gale Easterday), Cody Easterday, Debby Easterday, and Jody Easterday (collectively "**Defendants**"), through their respective undersigned counsel, hereby acknowledge full satisfaction of the Judgment entered herein on November 17, 2022 [ECF No. 129] ("**Judgment**"), including, but not limited to the monetary award against Cody Easterday under the Judgment, as provided for in the Settlement Agreement and Mutual Release of Claims between the parties dated December 30, 2022, which fully resolved all claims by or against any party referenced therein, and authorize the Clerk of the Court to enter Full Satisfaction of the Judgment.

SATISFIED this 6th day of January 2023.

**DAVIDSON BACKMAN MEDEIROS PLLC**

 /s/ Bruce K. Medeiro
Bruce K. Medeiros, WSBA No. 16380
601 West Riverside Avenue, Suite 1550
Spokane, Washington  99201
Telephone:  (509) 624-4600
Email:  bmedeiros@dbm-law.net

Michael R. Johnson (*Admitted Pro Hac Vice*)
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
Salt Lake City, Utah 84111
Telephone:  (801) 532-1500
Email:  mjohnson@rqn.com
*Attorneys for Rabo AgriFinance LLC*

Satisfaction of Judgment - 1

DAVIDSON BACKMAN MEDEIROS
ATTORNEYS AT LAW

1550 BANK OF AMERICA FINANCIAL CENTER
601 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201
FACSIMILE: (509) 623-1660
(509) 624-4600

**TONKON TORP LLP**

*Electronically approved January 6, 2023*
Timothy J. Conway, WSBA No. 52204
Ava L Schoen (*Admitted Pro Hac Vice*)
888 SW Fifth Avenue, Suite 1600
Portland, Oregon  97204
Telephone:  (503) 802-2027
Email:  tim.conway@tonkon.com and ava.schoen@tonkon.com
*Attorneys for Defendant Karen Easterday, individually and as personal representative of the estate of Gale Easterday*

**SUSSMAN SHANK LLP**

*Electronically approved January 6, 2023*
Jeffrey C. Misley, WSBA No. 33397
Steven F. Cade (*Admitted Pro Hac Vice*)
1000 SW Broadway, Suite 1400
Portland, Oregon  97205
Telephone:  (503) 227-1111
Email:  jmisley@sussmanshank.com and scade@sussmanshank.com
*Attorneys for Defendants Cody and Debby Easterday*

**JORDAN RAMIS PC**

*Electronically approved January 6, 2023*
Russell D. Garrett, WSBA No. 18657
Daniel L. Steinberg, WSBA No. 30080
1499 SE Tech Center Place, Suite 380
Vancouver, Washington  98683
Telephone:  (360) 567-3900
Email:  russell.garrett@jordanramis.com and daniel.steinberg@jordanramis.com
*Attorneys for Jody Easterday*

Satisfaction of Judgment - 2

DAVIDSON BACKMAN MEDEIROS
ATTORNEYS AT LAW
1550 BANK OF AMERICA FINANCIAL CENTER
601 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201
FACSIMILE: (509) 623-1660
(509) 624-4600

**GATENS GREEN WEIDENBACH, PLLC**

*Electronically approved January 6, 2023*
Michelle A. Green, WSBA No. 40077
305 Aplets Way
P.O. Box 523
Cashmere, Washington 98815
Telephone: (509) 888-2144
Email: michelle@ggw-law.com
*Attorneys for Jody Easterday*

Satisfaction of Judgment - 3

DAVIDSON BACKMAN MEDEIROS
ATTORNEYS AT LAW

1550 BANK OF AMERICA FINANCIAL CENTER
601 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201
FACSIMILE: (509) 623-1660
(509) 624-4600