FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 10, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RABO AGRIFINANCE LLC, a Delaware limited liability company, fka Rabo Agrifinance, Inc., <br><br>      Plaintiff / Counterclaim-Defendant,<br><br>      v.<br><br>KAREN EASTERDAY, both individually and as personal representative of the Estate of Gale Easterday, deceased; CODY EASTERDAY, an individual and the spouse of Debby Easterday; DEBBY EASTERDAY, an individual and the spouse of Cody Easterday; and JODY EASTERDAY, an individual,<br><br>      Defendants / Counterclaim-Plaintiffs. | NO.  4:21-CV-05066-SAB<br><br>**ORDER DISMISSING ACTION; CLOSING FILE** |

    Before the Court is the parties' Stipulated Joint Motion to Dismiss With Prejudice, ECF No. 134. Plaintiff is represented by Bruce Medeiros and Michael Johnson. Defendant Karen Easterday is represented by Ava Schoen and Timothy

**ORDER DISMISSING ACTION; CLOSING FILE** ~ 1

Conway. Defendant Cody and Debby Easterday is represented by Jeffrey Misley and Steven Cade. Defendant Jody Easterday is represented by Daniel Steinberg, Michelle Green and Russell Garrett.

The parties inform the Court that they have settled and resolved their differences. They ask the Court to dismiss the action with prejudice, with each party to bear its own attorneys' fees and costs.

Accordingly, **IT IS ORDERED:**

1. The parties' Stipulated Joint Motion to Dismiss With Prejudice, ECF No. 134, is **GRANTED**.

2. The above-captioned case is **DISMISSED**, with prejudice. All claims, counterclaims, and defenses are dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order, provide copies to counsel, and **close** the file.

**DATED** this 10th day of January 2023.



Stanley A. Bastian
Chief United States District Judge

**ORDER DISMISSING ACTION; CLOSING FILE ~ 2**